UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KATERRA INC., *et al.*,[1] | ) ) | Case No. 21-31861 (DRJ) |
| Debtors. | ) ) ) | (Joint Administration Requested) |
|  | ) ) | **Re: Docket No. __** |

**ORDER AUTHORIZING (I) THE REJECTION
OF CERTAIN UNEXPIRED LEASES AND (II) THE REJECTION OF
CERTAIN EXECUTORY CONTRACTS, EACH EFFECTIVE AS
OF THE PETITION DATE, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to (i) reject the Contracts effective as of the Petition Date and (ii) reject the leases effective as of the Petition Date; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors'

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Pursuant to section 365 of the Bankruptcy Code, the Contracts and Leases shall each be deemed rejected as of the Petition Date.

2. Each counterparty to each Contract and Lease must file a proof of claim, if at all, on or before the later of (a) the deadline for filing proofs of claim established in these chapter 11 cases and (b) thirty (30) days after the entry of this order, or else be forever barred.

3. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of

the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

4. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2021

_____
UNITED STATES BANKRUPTCY JUDGE

## **Schedule 1**

## **Rejected Leases**

None.

**Schedule 2**

**Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract or as to the existence or validity of any claims held by the Contract counterparty.

| # | Counterparty | Counterparty Address | Project | Debtor | Description | Rejection Date |
|---|---|---|---|---|---|---|
| 1 | 100 Monitor Street LLC | 50 Washington Street, Hoboken, NJ 07030 | 100 Monitor Street | Katerra Inc. | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 2 | 100 Monitor Street, L.L.C. | 100 Monitor Street, LLC, 50 Washington Street, Hoboken, New Jersey 07030, Attn: Dennis Giuliano Email: dguiliano@ironstate.net ; Attn: Barbara Stack Email: bstack@ironstate.net | 100 Monitor Street | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 3 | 100 Water Street Development, LLC. | c/0 Ary Freilich 440 Sylvan Ave. Ste. 282 Englewood Cliffs, NJ 07632 | 100 Water Street | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 4 | 100 Water Street Development LLC | c/o BFB Jersey City West LLC c/o BFE Management Corp. 440 Sylvan Avenue Suite 282 Englewood Cliffs, NJ 07632 | 100 Water Street Phase 2 | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 5 | New Floral Gardens Associates II L.P. | 1401 Washington Street, Hoboken, NJ 07030 | 1220 26th Street | Katerra Construction LLC | Standard Abbreviated Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 6 | AA Waterproofing Front Range | 11575 Wadsworth Blvd, Broomfield, CO 80020 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 7 | Azteca Rebar Inc. | 4351 East 109th Avenue, Thornton, CO 80233 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 8 | Colorado Floorworks, Inc. | 1741 W. 64th Lane, Denver, CO 80221 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 9 | Flatirons Inc. | 3825 Iris Avenue, Suite 395, Boulder, CO 80301 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 10 | Ludwig Drilling, Inc. | 704 Topeka Way, Castle Rock, CO 80109 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 11 | Martinez Fire Protection, LLP | 6632 Fig Street, Arvada, CO 80004 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 12 | Santa Fe Thirteen, LLC | 1550 Larimer Street, #521, Denver, CO 80202 | 1275 Santa Fe Project | Katerra Construction, LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 13 | ThyssenKrupp Elevator Corporation | 7367 S. Revere Parkway, Centennial, CO 80112 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 14 | Tower Electric, Inc. | 621 Southpark Drive, Suite 1500, Littleton, CO 80120 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 15 | Wayne's Construction Service LLC | 7110 West Alaska Drive, Unit E, Lakewood, CO 80226 | 1275 Santa Fe Project | Katerra Construction, LLC | Subcontractor Agreement | 6/6/2021 |
| 16 | Art District Holdings, LLC | 1550 Larimer Street, Suite 521, Denver, CO 80202 | 1275 Sante Fe | Katerra Construction, LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 17 | 9!I Street Uiban Renewal, LLC | 201 Momgomeiy Street Suite 261, Jersey City, NJ 07302 | 170 Erie Street | Katerra Construction LLC | Agreement and General Conditions Between Owner and Contractor | 6/6/2021 |
| 18 | Central Arizona Shelter Services, Inc. | PO Box 18250 Phoenix, AZ 85005 | 230 S 12th Ave.Phoenix, AZ 85007 | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 19 | 3060 JFK , LLC. | 1 Evertrust Plaza Ste. 102 Jersey City, NJ 07302 | 244 St. Pauls Ave | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 20 | 26-28 Cottage LLC | c/o Namdar Group 98 Cuttermill Road, Suite 284 North Great Neck, NY 11021 | 26 Cottage Street | Katerra Construction LLC | Agreement and General Conditions Between Owner and Contractor | 6/6/2021 |
| 21 | 348 Baldwin RE Group, LLC. | 569 Jersey Ave. Jersey City, NJ 07305 | 348 Baldwin | Katerra Construction LLC | Agreement and General Conditions Between Owner and Contractor | 6/6/2021 |
| 22 | 35-41 Market St. Urban Renewal, LLC. | 225 Milburn Ave. Ste. 101 Millburn, NJ 07041 | 35-41 Market St. | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 23 | Mercer Jordan LLC | 199 Lee Avenue Suite 127, Brooklyn, NY 11211 | 55 Jordan Avenue | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 24 | Hamilton Cove Urban Renewal, LLC | c/o Hartz Mountain Industries, Inc 400 Plaza Drive Secaucus, NJ 07094 | 800 Harbour Blvd | Katerra Inc. | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 25 | Dornoch Rahway Urban Renewal, LLC. | 1818 Liberty St. Ste. 500 Reston, Virginia 20190 | 81 Monroe St. | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 26 | MC Maple Holding LLC | 1 Henderson Street, Hoboken, NJ 07030 | 81 Montior Street | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 27 | LMV II 885 Washington Holdings, LP | One Landmark Square, Suite 2001, Stamford, CT 06902 | 855 Washington Blvd | Katerra Construction LLC | Construction Agreement By and Between LMV II 885 Washington Holdings, LP | 6/6/2021 |
| 28 | 87 NEWKIRK HOLDINGS LLC | c/o Namdar Group 98 Cuttermill Road, Suite 284 North Great Neck, NY 11021 | 87 Newkirk | Katerra Inc. | Agreement and General Conditions Between Owner and Contractor | 6/6/2021 |

| # | Counterparty | Counterparty Address | Project | Debtor | Description | Rejection Date |
|---|---|---|---|---|---|---|
| 29 | FDAD Maple, LLC. | 1 Henderson Street Hoboken, NJ 07030 | 89 Monitor Street | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 30 | ACDC Electric | 4842 S Adams St., Tacoma, WA 98409 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 31 | AG Kent Apartments LLC | Attn: Mark Hoyt, 2003 Western Ave, Suite 330, Seattle, WA 98121 | Alexan Gateway | Katerra Construction, LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 32 | Burk Mechanical | 7583 Clover Valley Road, Port Orchard, WA 98367 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 33 | Carports of Washington, Inc. | PO Box 2389, Buckley, WA 98321 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 34 | CC Edwards Construction Inc. | 2410 Inter Ave Bldg A, Puyallup, WA 98372 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 35 | CDI Custom Design Inc. | 2123 Grant St., Bellingham, WA 98225 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 36 | Cosco Fire Protection | 4308 S 131st Place, Tukwila, WA 98168 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 37 | Crowe Building Specialties | 18609 76th Ave W Ste I, Lynnwood, WA 98037 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 38 | Elite Floor Coverings, Inc. | 3902 Auburn Way N, Auburn, WA 98002 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 39 | EM Precision Concrete LLC | 1407 Valentine Ave SE, Suite 105, Pacific, WA 98047 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 40 | Fireside Contracting Services LLC dba Fireside Home | 1220 37th St. NW, A106, Auburn, WA 98001 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 41 | Frontier Door & Cabinet Inc. | 11721 Steele Street South, Tacoma, WA 98444 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 42 | Frunz Construction, Inc | 3204 Smokey Point Drive, Suite 203, Arlington, WA 98223 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 43 | GLM General Construction LLC | 6624 E J St, Tacoma, WA 98404 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 44 | Inland Waterproofing Services, Inc. | 120 W Clayton Ave., Coeur d'Alene, ID 88315 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 45 | Insulation Northwest, LLC | 418 Valley Ave., NW B-100, Puyallup, WA 98371 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 46 | J&B Fab, Inc. | 2005 63rd St. SE Auburn, WA 98092 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 47 | JT Landscaping, Fence & Roofing Corp. | 1161 99th St. E, Tacoma, WA 98455 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 48 | Katchikan Drywall Services, Inc. | 21828 87th Ave SE Suite 200, Woodinville 98072 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 49 | KONE, Inc. | 8343 154th Ave NE, Ste 100, Redmond, WA 98052 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 50 | KPFF, Inc. | 1601 Fifth Avenue, Seattle, WA 98101 | Alexan Gateway | Katerra Construction, LLC | Purchase Order No # AGK 06-111 | 6/6/2021 |
| 51 | Monty Warren Painting, Inc. | 327 C St. NW, Auburn, WA 98001 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 52 | NNL Railings dba Beehaven Inc. | 7906 230th St SW, Edmonds, WA 98026 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 53 | NW Envelope Components LLC | 7829 Center Blvd SE #245, Snoqualmie, WA 98065 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 54 | Orca Pacific Inc. | 280 44th St. NW, Auburn, WA 98001 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 55 | Overland Group LLC | 26319 SE Kent-Kangley Rd, Ravensdale, WA 98051 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 56 | Pacific One Construction, LLC | 1108 8th Street, Kirkland, WA 98033 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |

| # | Counterparty | Counterparty Address | Project | Debtor | Description | Rejection Date |
|---|---|---|---|---|---|---|
| 57 | Precision Iron Works | 102 Frontage Road S, Pacific, WA 98047 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 58 | Rainier Wood Recyclers | 23175 224th Place SE, Suite E, Maple Valley, WA 98038 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 59 | Riverside Roofing LLC | 10420 East Riverside Drive, #103, Bothell, WA 98011 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 60 | Sound Glass Sales Inc. | 5501 75th St. W., Tacoma, WA 98409 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 61 | Topline Counters, LLC | 3900 150th Ave Ct E Ste 101A, Sumner, WA 98390 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 62 | Warfield Masonry, LLC | 2601 96th St S, Tacoma, WA 98444 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 63 | WATEX Enterprises, LLC dba Nationwide Gutter Sea | 4936 Buena Vista Dr., Frisco, TX 75034 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 64 | Wintersky Inc. | PO Box 1234, Stanwood, WA 98292 | Alexan Gateway | Katerra Construction, LLC | Subcontractor Agreement (Washington) | 6/6/2021 |
| 65 | 1351 Fawcett LLC | 1351 Fawcett LLC, 2222 NE Oregon Street, Suite 208, Portland, OR 97232 | Analog Fawcett | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 66 | Ascendent LLC | 219 12th St SE, Puyallup, WA 98372 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 67 | David Evans and Associates, Inc. | 20300 Woodville –Snohomish Rd NE, Suite A, Woodville, WA 98072 | Analog Fawcett | Katerra Construction LLC | Survey Services Agreement | 6/6/2021 |
| 68 | Donald B. Murphy Contractors, Inc. dba DBM Contra | 1220 South 356th, Federal Way, WA 98003 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 69 | HighMark Enterprises LLC | 26232 348th Ave South, Ravensdale, WA 98051 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 70 | J&B Fab, Inc. | 2005 63rd Street SE, Auburn, WA 98092 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 71 | JH Kelly, LLC | 821 3rd Ave, Longview, WA 98632 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 72 | MB Electric, LLC | 7520 Evelyne Lane NE, Lacey, WA 98516 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 73 | RMS Paint LLC | 142054 SE 141 1st Street, Renton, WA 98198 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 74 | Stegin Structural Concrete Inc. | 22515 Marine View Drive S, Des Moines, WA 98198 | Analog Fawcett | Katerra Construction LLC | Subcontractor Agreement | 6/6/2021 |
| 75 | RCB Urban Renewal LLC | c/o PCD Capital LLC, 350 Main Road Suite 201, Montville, NJ 07045 | Bogota River Club | Katerra Construction LLC | Agreement and General Conditions Between Owner and Contractor | 6/6/2021 |
| 76 | RCB Urban Renewal LLC | c/o PCD Capital LLC, 350 Main Road Suite 201, Montville, NJ 07045 | Bogota River Club | Katerra Construction LLC | Agreement and General Conditions Between Owner and Contractor | 6/6/2021 |
| 77 | Allante Development, LLC | 8425 North 90th Street, Suite 2, Scottsdale, AZ 8525 | Cascade Falls | Katerra Construction LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 78 | Bomasada Cosmopolitan Tulsa, LLC | 8980 Lakes at 610 Drive, Suite 200 Houston, TX 77054 | Cosmopolitan Apartments | Lord, Aeck, & Sargent Inc. | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 79 | Diagonal Affordable LLC | 5291 E Yale Ave. Denver, CO 80222 | Diagonal Affordable | Katerra Construction, LLC | Construction Agreement | 6/6/2021 |
| 80 | Diagonal Affordable LLC | 5291 E Yale Ave. Denver, CO 80222 | Diagonal Affordable | Katerra Construction, LLC f/k/a Bristlestone Construction Corp. | Amendment No. 1 to the Construction Agreement | 6/6/2021 |
| 81 | Helios Education Center | 2415 East Camelback Road, Suite 500, Phoenix, AZ 85016 | East Camelback | UEB Builders, Inc. | Standard Form of Agreement Between Owner and Construction Manager as Constructor | 6/6/2021 |
| 82 | Alpine Investments LoHi, LLC | P.O. Box 6582, Denver, CO 80120 | Edge @ Lohi Job # CS17085 | Edge at LoHi, LLC | Standard Form of Agreement Between Owner and Contractor | 6/6/2021 |
| 83 | Extended Stay America P Portfolio LLC | 11525 N Community House Rd #100, Charlotte, NC 28277 | Extended Stay America | Katerra Construction LLC | Full Service Master Agreement | 6/6/2021 |
| 84 | Smoke Guard Inc. | 287 N. Maple Grove Rd., Boise, ID 83704 Attn: Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (3/13/19) | 6/6/2021 |

| # | Counterparty | Counterparty Address | Project | Debtor | Description | Rejection Date |
|---|---|---|---|---|---|---|
| 85 | 31W Insulation | 7434 Cycle Lane, Goodlettsville, IN 37072<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (4/29/19) | 6/6/2021 |
| 86 | Arrow Mirror & Glass Inc. dba Arrow Glass Industries | 12306 Shiloh Church Rd., Houston, TX. 77066<br>Attn: Deborah Guerrero<br>Email: dguerrero@arrowcompanies.com. | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (11/15/19) | 6/6/2021 |
| 87 | ARS Specialty Construction | 307 Lombrano, St.,<br>San Antonio, TX 78207<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (5/15/19) | 6/6/2021 |
| 88 | Assa Abloy Hospitality Inc. | 631 International Parkway, Ste 100,<br>Richardson, TX 75081<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (4/26/19) | 6/6/2021 |
| 89 | ATX Construction Clean | 1712 E. Riverside Dr.,<br>Austin TX<br>Attn: Amy Teykl<br>Email: amy@atxconstructionclean.com | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (10/24/19) | 6/6/2021 |
| 90 | BMP Specialist LLC | 2410 E. New Hope Dr., Leander, TX 78641<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (1/8/19) | 6/6/2021 |
| 91 | Chaparral Professional Land Surveying, Inc. | 3500 McCall Lane,<br>Austin, TX 78744<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (1/8/19) | 6/6/2021 |
| 92 | Clearwater Commercial Landscapes | 20 Lake Drive,<br>Round Rock, TX 78665<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (5/24/19) | 6/6/2021 |
| 93 | CP Rebar and PT Installation LLC | 7415 Scott Ave.,<br>Manvel, TX 77578<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (2/15/19) | 6/6/2021 |
| 94 | Dennis Steel, Inc. | 1105 Leander Drive, Leander, TX 78641<br>Attn: Michael Dennis<br>Email: mdennis@dennissteel.com | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (3/6/19) | 6/6/2021 |
| 95 | DJR, Inc. dba Encore Mechanical | 9201 Brown Ln.,<br>Ste 141,<br>Austin, TX 78754<br>Attn: Tammi Danielson<br>Email: Tammi@encoremech.com | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (6/21/19) | 6/6/2021 |
| 96 | Door Control Services, a DH Pace Company, Inc. | 301 VZ Country Road 4500, Ben Wheeler, TX 75754<br>Attn: Eddie Harmon<br>Email: eharmon@doorcontrolservices.com | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (9/16/19) | 6/6/2021 |
| 97 | Elrod Enterprises Inc dba Pest Force | 1262 Eastgate Rd.,<br>Suite #2,<br>Midlothian,  TX  76065<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (1/29/19) | 6/6/2021 |
| 98 | EM Building Contractors LLC | 1919 S. Shiloh Rd.,<br>Suite 230<br>Garland, TX 75042<br>Attn: Joann Martinez<br>Email: Martinezjoann.embc@gmail.com | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (4/24/19) | 6/6/2021 |
| 99 | FireTron, Inc. | 3006 Longhorn Blvd.,<br>Suite 101,<br>Austin, TX 78758<br>Attn: Craig Rohan<br>Email: Craig.Rohan@firetron.com | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (5/6/19) | 6/6/2021 |
| 100 | GAC Equipment LLC dba Austin Crane Service | 904 Leander Dr.,<br>Leander, TX 7864<br>Attn:<br>Email: | Extended Stay America - Austin Airpo | Katerra Construction, LLC | Austin Airport - ESA (6/10/19) | 6/6/2021 |