# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KATERRA INC., *et al.*,[1] | ) Case No. 21-31861 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Shunte Jones, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 7, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via email on the Email Master Service List attached hereto as **Exhibit A**:

- Debtor's Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2]

- Notice of Designation of Complex Chapter 11 Bankruptcy Case [Docket No. 3]

- Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personal Identification Information, (II) Approving the Form and Manner of Notice of Commencement, and (III) Granting Related Relief [Docket No. 5]

- Debtors' Emergency Motion for Entry of an Order (I) Extending the Time to File Schedules of (A) Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statement of Financial Affairs, and (E) Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 6]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

- Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Continue Employee Benefits Programs [Docket No. 7] (the "***Wage Motion***")

- Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief [Docket No. 16] (the "***Taxes and Fees Motion***")

- Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Maintain Existing Books and Records, and (C) Continue to Perform Intercompany Transactions and (II) Granting Related Relief [Docket No. 18] (the "***Cash Management Motion***")

- Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreement and Pay Premiums Thereunder, and (IV) Enter into New Premium Financing Agreements [Docket No. 19] (the "***Insurance Motion***")

- Debtors' Emergency Motion for Entry of an Order Approving Continuation of the Surety Bond Program [Docket No. 20] (the "***Surety Bond Motion***")

- Debtors' Emergency Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors and Lien Claimants, (II) Granting Administrative Expense Priority to All Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 21] (the "***Critical Vendors Motion***")

- Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests [Docket No. 22] (the "***Utilities Motion***")

- Debtors' Emergency Motion Seeking Entry of an Order Authorizing and Approving Procedures to Reject, Assume or Assume and Assign Executory Contracts and Unexpired Leases [Docket No. 23]

- Debtors' Emergency Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock [Docket No. 24]

- Debtors' First Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 25] (the "***First Omnibus Motion***")

2

- Debtors' Second Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 26] (the "*Second Omnibus Motion*")

- Debtors' Third Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 27]

- Debtors' Fourth Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 28] (the "*Fourth Omnibus Motion*")

- Debtors' Fifth Omnibus Motion for Entry of an Order Authorizing (I) the Rejection of Certain Unexpired Leases and (II) the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 29] (the "*Fifth Omnibus Motion*")

- Debtors' Motion for Entry of (A) an Order (I) Approving the Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures, and (B) an Order Authorizing the Debtors to Enter into Definitive Purchase Agreements [Docket No. 30]

- Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 33]

- Declaration of Marc Liebman in Support of Chapter 11 Petitions and First Day Motions [Docket No. 37]

- Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief [Docket No. 38]

- Declaration of Matthew R. Niemann in Support of (A) Dip Financing and (B) All First Day Relief [Docket No. 39] (the "*Niemann Declaration*")

- Declaration of Matthew R. Niemann in Support of (A) Dip Financing and (B) All First Day Relief [Docket No. 40] (the "*Niemann Declaration 2*")


[*Remainder of Page Intetionlly Left Blank*]

On June 7, 2021, at my direction and under my supervision, employees of Prime Clerk caused

(1) the First Omnibus Motion to be served via email on the First Omnibus Service List attached hereto as **Exhibit B**

(2) Second Omnibus Motion to be served via email on the Second Omnibus Service List attached hereto as **Exhibit C**

(3) Fourth Omnibus Motion to be served via email on the Fourth Omnibus Service List attached hereto as **Exhibit D**

(4) the Fifth Omnibus Motion to be served via email on the Fifth Omnibus Service List attached hereto as **Exhibit E**

(5) the Insurance Motion to be served via email on the Insurance Parties Service List attached hereto as **Exhibit F**

(6) the Surety Bond Motion to be served via email on Alliant Retirement Services, LLC, AccountsReceivable@Alliant.com and on Alliant Insurance Services - John F. Thorne & Co, mona.weaver@alliant.com

(7) the Utilities Motion to be served via email on the Utilities Parties Service List attached hereto as **Exhibit G**

(8) the Wage Motion, Taxes and Fees Motion, Cash Management Motion, Insurance Motion, Surety Motion, Critical Vendors Motion, Utilities Motion, Niemann Declaration, and Niemann Declaration 2 to be served via email on the Banks Parties Service List attached hereto as **Exhibit H**

Dated: June 7, 2021

*/s/ Shunte Jones*
Shunte Jones

State of New York
County of New York


Subscribed and sworn (or affirmed) to me on June 7, 2021, by Shunte Jones, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 54250

**Exhibit A**

Exhibit A
Email Master Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| AIR GROUP LLC | ATTN: PATRICK CONFORTI, MANAGER AND DIRECTOR | PATRICK@AIRGROUPLLC.COM |
| AMERICAN ARCHITECTURAL WINDOW | ATTN: DONNA STEVENSON, DIRECTOR OF OPERATIONS | CUSTOMERSERVICE@AMERICANARCHITECTURAL.COM |
| AMERICAN PANEL TEC | ATTN: JOHN LANZILOTTA, PRESIDENT | SALES@AMERICANPANELTEC.COM |
| APODACA WALL SYSTEMS, INC. | ATTN: ERNEST MIERA, MANAGER | ERNIE@APODACAINC.COM |
| ARCO CONSTRUCTION | ATTN: JEFF COOK, CHIEF EXECUTIVE OFFIER | JCOOK@ARCO1.COM |
| BERGELECTRIC CORP | ATTN: LOUIS WYLER, REGIONAL VICE PRESIDENT | LWYLER@BERGELECTRIC.COM |
| BOLOS AND ASSOCIATES, LLC | ATTN: LAWRENCE J. HILTON AND ROBERT D. HUNT, LEGAL COUNSEL | LHILTON@ONELLP.COM; RHUNT@ONELLP.COM |
| CAPITOL INDEMNITY CORPORATION | ATTN: ANDREW DOLL, PRESIDENT & CEO | ADOLL@CIGINSURANCE.COM |
| CONCRETE SYSTEMS | ATTN: MICHAEL WORDEN, PRESIDENT | MWORDEN@CSIGROUP.COM |
| CONSTRUCTION PROS INTERNATIONAL | ATTN: AL BEST, MANAGING PARTNER | INFO@CONSTRUCTIONPROSNJ.COM |
| COSTA ELECTRICAL CONTRACTORS | ATTN: VICTOR COSTA, PRESIDENT | JS@SHEHADICF.COM |
| DELOITTE & TOUCHE LLP | ATTN: ANTHONY VIEL, CHIEF EXECUTIVE OFFICER | AVIEL@DELOITTE.COM |
| DONALD DRYWALL LLC | ATTN: CARLOS RAMIREZ, MANAGER | CONTACT@DONALDDRYWALL.COM |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 8 (CO, MT, ND, SD, UT, WY) | ATTN: BANKRUPTCY DEPARTMENT | R8EISC@EPA.GOV |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 9 (AZ, CA, HI, NV) | ATTN: BANKRUPTCY DEPARTMENT | R9.INFO@EPA.GOV |
| EVEREST REINSURANCE COMPANY | ATTN: JIM WILLIAMSON, CHIEF OPERATING OFFICER | JIM.WILLIAMSON@EVERESTRE.COM |
| FM CONSTRUCTION GROUP LLC | ATTN: KEITH CHEBUSKE, ASSISTANT PROJECT MANAGER | SUPPORT@FMHOME.US |
| GENERAL ELECTRIC COMPANY | ATTN: LARRY CULP, CHAIRMAN AND CHIEF EXECUTIVE OFFICER | LARRY.CULP@GE.COM |
| HADDAD PLUMBING & HEATING | ATTN: SHALLAN HADDAD, PRESIDENT | SHADDAD@HADDADPLUMBING.COM |
| HOME DEPOT CREDIT SERVICES | ATTN: TED DECKER, PRESIDENT AND COO | TED_DECKER@HOMEDEPOT.COM |
| IAP ENCLOSURE SYSTEMS, LLC | ATTN: VINCE KLEES, PRESIDENT | VINCE@IAPENCLOSURES.COM |
| IAT INSURANCE GROUP, INC / INSURANCE FIDELITY INSURANCE COMPANY (IFIC) / HARCO NATIONAL INSURANCE COMPANY | ATTN: DAVE PIRRUNG, CHIEF FINANCIAL OFFICER | DPIRRUNG@OFC-WIC.COM |
| JACKSON WALKER LLP | ATTN: MATTHEW D. CAVENAUGH, JENNIFER F. WERTZ, AND J. MACHIR STULL | MCAVENAUGH@JW.COM; EFREEMAN@JW.COM |
| JERSEY PRECAST | ATTN: AMIR ULISLAM, OWNER AND PRESIDENT | JRZPRECAST@AOL.COM; MULISLAM@AOL.COM |
| KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: JOSHUA A. SUSSBERG, P.C., CHRISTINE A. OKIKE, P.C., MIRIAM P. MEDRANO | JOSHUA.SUSSBERG@KIRKLAND.COM; CHRISTINE.OKIKE@KIRKLAND.COM; MIRIAM.PEGUEROMEDRANO@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: DAN LATONA, JOSHUA M. ALTMAN, RAVI S. SHANKAR, GABOR BALASSA, CASSANDRA E. FENTON | DAN.LATONA@KIRKLAND.COM; JOSH.ALTMAN@KIRKLAND.COM; RAVI.SHANKAR@KIRKLAND.COM; GABOR.BALASSA@KIRKLAND.COM; CASSANDRA.FENTON@KIRKLAND.COM |
| LIBERTY MUTUAL INSURANCE COMPANY | ATTN: DAVID LONG, CHAIRMAN AND CHIEF EXECUTIVE OFFICER | DAVID.LONG@LIBERTYMUTUAL.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER | DALLAS.BANKRUPTCY@PUBLICANS.COM |
| MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS | MCOLLINS@MANIERHEROD.COM |
| MERCHANTS BONDING COMPANY (MUTUAL) | ATTN: BOB ZAK, PRESIDENT & CEO | RZAK@MERCHANTSGROUP.COM |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG |
| OLD REPUBLIC GENERAL INSURANCE GROUP | ATTN: KARL W. MUELLER, SENIOR VICE PRESIDENT AND CFO | KMUELLER@OLDREPUBLIC.COM |
| ONE BEACON SURETY GROUP | ATTN: MICHAEL MILLER, PRESIDENT & CEO | TMILLER@ONEBEACON.COM |
| OVERLAND GROUP LLC | ATTN: RON GIARD, PARTNER AND MEMBER | RON@GIA-HO.COM |
| PAXION PARTNERS LP | ATTN: DUNCAN ROBERTSON, PARTNER AND CFO | CONTACT@PAXION.COM |
| PRESTIGE PLUMBING, INC. | ATTN: WILLIAM WREDE, PRESIDENT | PRESTIGEPLMBG@AOL.COM |
| PRIME CLERK, LLC | ATTN: JORDAN SEARLES AND JOSHUA KAROTKIN | KATERRATEAM@PRIMECLERK.COM; SERVICEQA@PRIMECLERK.COM |
| PROLOGIS | ATTN: ELVA GUITRON, PROPERTY MANAGER | EGUITRON@PROLOGIS.COM |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV; NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV |
| SHEHADI COMM. FLOORING | ATTN: JOHN SHEHADI, PRESIDENT | MROMANOFF@ROMANOFFGROUP.CC |

Exhibit A
Email Master Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT | PERMITSMAIL@ADEM.STATE.AL.US |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | AGINFO@AZAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ATTORNEY.GENERAL@CT.GOV |
| STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP) | ATTN: BANKRUPTCY DEPARTMENT | DEEP.WEBMASTER@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | HAWAIIAG@HAWAII.GOV |
| STATE OF HAWAII DEPARTMENT OF HEALTH - OFFICE OF ENVIRONMENTAL QUALITY CONTROL | ATTN: BANKRUPTCY DEPARTMENT | OEQCHAWAII@DOH.HAWAII.GOV |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | INFO@ATG.IN.GOV |
| STATE OF INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) | ATTN: BANKRUPTCY DEPARTMENT | KBURNS@IDEM.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | WEBTEAM@AG.IOWA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CONSUMER.MEDIATION@MAINE.GOV |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | AGO@STATE.MA.US |
| STATE OF MISSOURI DEPARTMENT OF NATURAL RESOURCES (DNR) | ATTN: BANKRUPTCY DEPARTMENT | ENVIROLAB@DNR.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CONTACTDOJ@MT.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ATTN: BANKRUPTCY DEPARTMENT | DPAEWEB@GW.DEC.STATE.NY.US |
| STATE OF NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | DEQ@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | CONSUMERHELP@STATE.SD.US |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT | AC@TCEQ.TEXAS.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | AGO.INFO@VERMONT.GOV |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT | KEITH.GUILLE@WYO.GOV |
| STILES MACHINERY INC | ATTN: CHRISTIAN VOLLMERS, PRESIDENT | CVOLLMERS@STILESMACHINERY.COM |
| SUNTEC CONCRETE, INC. | ATTN: JERRY BARNIER, PRESIDENT | JERRY@SUNTECCONCRETE.COM |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC | CLAIMS_RMSC@PRAGROUP.COM |
| TDINDUSTRIES | ATTN: HAROLD MACDOWELL, CHIEF EXECUTIVE OFFICER, DIRECTOR | HAROLD.MACDOWELL@TDINDUSTRIES.COM |
| THYSSENKRUPP ELEVATOR CORP. | ATTN: KEVIN BACKUS, SENIOR VICE PRESIDENT, GENERAL COUNSEL, AND CORPORATE SECRETARY | KEVIN.BACKUS@THYSSENKRUPP.COM |
| US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK | USATXS.ATTY@USDOJ.GOV |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT | OAG@DC.GOV |
| WEIL, GOTSHAL & MANGES LLP | ATTN: SCOTT BOWLING | SCOTT.BOWLING@WEIL.COM |
| ZURICH AMERICAN INSURANCE COMPANY | ATTN: GEORGE QUINN, CHIEF FINANCIAL OFFICER | GEORGE.QUINN@ZURICH.COM |

**<u>Exhibit B</u>**

## Exhibit B

First Omnibus Service List

Served via email

| NAME | EMAIL |
|------|-------|
| 100 Monitor Street, L.L.C. | dguiliano@ironstate.net; bstack@ironstate.net |
| Arrow Mirror & Glass Inc. dba Arrow Glass Industries | dguerrero@arrowcompanies.com |
| ATX Construction Clean | amy@atxconstructionclean.com |
| Dennis Steel, Inc. | mdennis@dennissteel.com |
| DJR, Inc. dba Encore Mechanical | Tammi@encoremech.com |
| Door Control Services, a DH Pace Company, Inc. | eharmon@doorcontrolservices.com |
| EM Building Contractors LLC | Martinezjoann embc@gmail.com |
| FireTron, Inc. | Craig Rohan@firetron.com |

**<u>Exhibit C</u>**

## Exhibit C
Second Omnibus Service List
Served via email

| NAME | EMAIL |
|------|-------|
| Jordan and Skala Engineers, Inc. | Jbrauer@jordanskala.com |
| Marek Brothers Systems, Inc. | brendandoyle@marekbros.com |
| McMahan's Flooring, Inc. dba MFI | jdavis@mfidallas.com |
| Metalink LLC | mollie@metalinktx.com |
| MPJA Construction Inc. dba Ace Concrete RR | marco@aceconcreterr.com |
| MTZ Painting Services | wiservices06@gmail.com |
| Munoz Drywall | Kokiguanaco6289@gmail.com |
| PetersenDean Texas, Inc. | jhietikko@petersendean.com |
| Pricon LLC | Zacch@priconllc.com |
| Prime Wall Systems, LLC | kmaxwell@primewallstx.com |
| Sure Seal LLC | chris.tovar@suresealsa.com |
| Tumlinson Electric, LLC | brian@tumlinsonelectric.com |
| Eclipse Luxury Shades LLC | matt@eclipseluxuryshades.com |
| Tasman 2278 Calle De Luna, LLC | cgarner@ensemble.net |
| The Vue at 4th, LLC | cgarner@ensemble.net |

**<u>Exhibit D</u>**

Exhibit D
Fourth Omnibus Service List
Served via email

| NAME | EMAIL |
|---|---|
| (Change Commercial Services, LLC) Lone Star Chut | lonestarchutes@gmail.com |
| (Change Commercial Services, LLC) Lone Star Chut | lonestarchutes@gmail.com |
| (Change Commercial Services, LLC) Lone Star Chut | lonestarchutes@gmail.com |
| (Change Commercial Services, LLC) Lone Star Chut | lonestarchutes@gmail.com |
| (Change Commercial Services, LLC) Lone Star Chut | lonestarchutes@gmail.com |
| (Front Range Aquatech) Tele, LLC dba Front Range | raugusta@fraquatech.com |
| (Front Range Aquatech) Tele, LLC dba Front Range | raugusta@fraquatech.com |
| (IMI) Industrial Manufacturing & Installations dba IMI, | JMac@imi-inc.com |
| (IMI) Industrial Manufacturing & Installations dba IMI, | JMac@imi-inc.com |
| (IMI) Industrial Manufacturing & Installations dba IMI, | JMac@imi-inc.com |
| (SWI Excavating) Scott Wankea, Inc. | scott@swiexcavating.com |
| (SWI Excavating) Scott Wankea, Inc. | scott@swiexcavating.com |

**Exhibit E**

## Exhibit E
Fifth Omnibus Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| (SWI Excavating) Scott Wankea, Inc. | scott@swiexcavating.com |
| (SWI Excavating) Scott Wankea, Inc. | scott@swiexcavating.com |
| (SWI Excavating) Scott Wankea, Inc. | scott@swiexcavating.com |
| Acierno & Company, LLC dba Acierno Boyer & Comp | Cheryl@aciernocompany.com |
| Acierno & Company, LLC dba Acierno Boyer & Comp | Cheryl@aciernocompany.com |
| Acierno & Company, LLC dba Acierno Boyer & Comp | Cheryl@aciernocompany.com |
| Acierno & Company, LLC dba Acierno Boyer & Comp | Cheryl@aciernocompany.com |
| Acierno & Company, LLC dba Acierno Boyer & Comp | Cheryl@aciernocompany.com |
| Acierno & Company, LLC dba Acierno Boyer & Comp | Cheryl@aciernocompany.com |
| Acoustics Systems, Inc. | will@acousticsys.us |
| Acoustics Systems, Inc. | will@acousticsys.us |
| Acoustics Systems, Inc. | will@acousticsys.us |
| Aero Automatic Sprinkler Company | jvann@aerofire.com |
| Aero Automatic Sprinkler Company | jvann@aerofire.com |
| Aero Automatic Sprinkler Company | jvann@aerofire.com |
| Aero Automatic Sprinkler Company | jvann@aerofire.com |
| Aero Automatic Sprinkler Company | jvann@aerofire.com |
| Aero Automatic Sprinkler Company | jvann@aerofire.com |
| American Direct Procurement dba American Direct | byronw@americandirectco.com |
| American Direct Procurement dba American Direct | byronw@americandirectco.com |
| American Direct Procurement dba American Direct | byronw@americandirectco.com |
| Andrex Insulation LTD | nicole@andrex.org |
| Andrex Insulation LTD | nicole@andrex.org |
| Andrex Insulation LTD | nicole@andrex.org |
| Blake Solutions, Inc | wdabbous@blakesolutions.com |
| Blake Solutions, Inc | wdabbous@blakesolutions.com |
| Blake Solutions, Inc | wdabbous@blakesolutions.com |
| Colorado Cleanup Corporation | tyler@coloradocleanup.com |

Exhibit E

Fifth Omnibus Service List

Served via email

| NAME | EMAIL |
|------|-------|
| Colorado Cleanup Corporation | tyler@coloradocleanup.com |
| Colorado Cleanup Corporation | tyler@coloradocleanup.com |
| Colorado Cleanup Corporation | tyler@coloradocleanup.com |
| Colorado Cleanup Corporation | tyler@coloradocleanup.com |
| Colorado Cleanup Corporation | tyler@coloradocleanup.com |
| Concrete Frame Associates, LLC | Tyler.schilling@concreteframe.com |
| Concrete Frame Associates, LLC | Tyler.schilling@concreteframe.com |
| Concrete Frame Associates, LLC | Tyler.schilling@concreteframe.com |
| E&K of Denver | dave.loseke@e-kco.com |
| E&K of Denver | dave.loseke@e-kco.com |
| IAP Enclosure Systems, LLC | vince@iapenclosures.com |
| IAP Enclosure Systems, LLC | vince@iapenclosures.com |
| IAP Enclosure Systems, LLC | vince@iapenclosures.com |
| IAP Enclosure Systems, LLC | vince@iapenclosures.com |
| Kane Innovations, Inc. | jestok@kaneinnovations.com |
| Kane Innovations, Inc. | jestok@kaneinnovations.com |
| Kane Innovations, Inc. | jestok@kaneinnovations.com |
| Kember Interiors, Inc. | jestok@kaneinnovations.com |
| Kember Interiors, Inc. | jestok@kaneinnovations.com |
| MTN Inc. | eric.bouchard@MTN-inc.com |
| MTN Inc. | eric.bouchard@MTN-inc.com |
| Schnabel Foundation Company | josh.fallon@schnabel.com |
| Schnabel Foundation Company | josh.fallon@schnabel.com |
| Schnabel Foundation Company | josh.fallon@schnabel.com |
| Steel City Glass, LLC | aaron@scgdenver.com |
| Steel City Glass, LLC | aaron@scgdenver.com |
| Steel City Glass, LLC | aaron@scgdenver.com |
| Superior Roofing, Inc | bruce@superiorroofing.com |

Exhibit E

Fifth Omnibus Service List

Served via email

| NAME | EMAIL |
|---|---|
| Superior Roofing, Inc | bruce@superiorroofing.com |
| Superior Roofing, Inc | bruce@superiorroofing.com |
| ThyssenKrupp Elevator Corporation | Ruston.Cantrell@ThyssenKrupp.com |
| ThyssenKrupp Elevator Corporation | Ruston.Cantrell@ThyssenKrupp.com |
| ThyssenKrupp Elevator Corporation | Ruston.Cantrell@ThyssenKrupp.com |
| ThyssenKrupp Elevator Corporation | Ruston.Cantrell@ThyssenKrupp.com |
| ThyssenKrupp Elevator Corporation | Ruston.Cantrell@ThyssenKrupp.com |

**Exhibit F**

## Exhibit F

Insurance Parties Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| ALLIANT RETIREMENT SERVICES, LLC | ACCOUNTSRECEIVABLE@ALLIANT.COM |
| WILLIS TOWERS WATSON INSURANCE | ARI.PAYABLES@WILLIS.COM |
| LIBERTY MUTUAL INSURANCE CO | B_C_WIRES@LIBERTYMUTUAL.COM |
| AFCO CREDIT CORP | CUSTOMERSERVICE@AFCO.COM; MGRANO@AFCO.COM |
| LIBERTY MUTUAL CORPORATION | DAVID.LONG@LIBERTYMUTUAL.COM |
| LIBERTY MUTUAL | DROBERTS@BRENNANCLARK.COM |
| ALLIANT INSURANCE SERVICES - JOHN F THORNE & CO | MONA.WEAVER@ALLIANT.COM |
| TRAVELERS ALLIANCE GROUP | REMITAR@TAGLABOR.COM |
| AFCO CREDIT CORPORATION | RSALINAS@AFCO.COM |
| TRAVELERS CL REMITTANCE CENTER | VENDOR-MASTER@KATERRA.COM |
| USI INSURANCE SERVICES NATIONAL INC | WESTCLIENTRECEIPTS@USI.COM |

**<u>Exhibit G</u>**

Exhibit G
Utilities Parties Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| A E C ELECTRIC | SHANNONA@AECELECTRICAZ.COM |
| ALDERWOOD WATER & WASTEWATER DISTRICT | HELP@AWWD.COM |
| ALLSTREAM BUSINESS US LLC | USENTERPRISE@ALLSTREAM.COM |
| AT&T CORP | RM-CUSTCAREAGNT@ACCBUSINESS.COM |
| AT&T MOBILITY | VENDOR-MASTER@KATERRA.COM |
| AVISTA CORP | DENISE.BURNS@AVISTACORP.COM |
| BELL MOBILITY INC | MAILBOX.TWPC-REMITTANCE@INTRIA.COM |
| BLU SPACE | ACCOUNTING@BLU-TEL.COM |
| CASCADE NATURAL GAS CORP | CUSTOMERSERVICE@CNGC.COM |
| CHARTER COMMUNICATIONS HOLDINGS LLC | VENDOR-MASTER@KATERRA.COM |
| CITY OF AUSTIN | VENDOR-MASTER@KATERRA.COM |
| CITY OF BREMERTON | IWEBMS@BREMERTON.COM |
| CITY OF COEUR D'ALENE | VENDOR-MASTER@KATERRA.COM |
| CITY OF HENDERSON NEVADA | ACCOUNTING@CITYOFHENDERSON.COM |
| CITY OF KIRKLAND | APINVOICES@KIRKLANDWA.GOV |
| CITY OF LACEY | TIMUR.DILEK@KATERRA.COM |
| CITY OF MILTON | INFO@CITYOFMILTON.NET |
| CITY OF PHOENIX | WSD.CSD.RESEARCH@PHOENIX.GOV |
| CITY OF SEATTLE | TAX@SEATTLE.GOV |
| CITY OF SEATTLE | VENDOR-MASTER@KATERRA.COM |
| CITY OF SPOKANE | VENDOR-MASTER@KATERRA.COM |
| CITY OF STOCKTON | BILLING@STOCKTONCA.GOV |
| COACHELLA VALLEY WATER DISTRICT | CUSTOMERSERVICE@CVWD.ORG |
| CONSERVICE LLC | METERS.ACCOUNTING@CONSERVICE.COM |
| CONSOLIDATED IRRIGATION DIST 19 | CIDOFFICE@COMCAST.NET |
| DM RECYCLING | APRILL@WASTECONNECTIONS.COM |
| DS SERVICES OF AMERICA INC | EFTADVICES@DSSERVICES.COM; CUSTOMERSERVICE@DSSERVICES.COM |
| FRONTIER COMMUNICATIONS NORTHWEST INC | MARION_OPS@FTR.COM |
| FUSION CLOUD COMPANY LLC | COLLECTIONS@FUSIONCONNECT.COM; NATALIE.HOLT@MEGAPATH.COM |

## Exhibit G

Utilities Parties Service List
Served via email

| NAME | EMAIL |
|------|-------|
| GALLEGOS SANITATION INC | GSIPAYMENTS@GSIWASTE.COM; KATIE@GSIWASTE.COM |
| HAYWARD WATER SYSTEM | INFO@HAYWARD-CA.GOV |
| HUGHES NETWORK SYSTEMS LLC | ACCOUNTS.RECEIVABLE@HUGHES.COM; CHANGEOWNER@HUGHES.COM |
| HYPERCORE NETWORKS INC. | BILLING@HYPERCORENETWORKS.COM |
| IDAHO POWER COMPANY | JMANNING@IDAHOPOWER.COM |
| INTERMOUNTAIN GAS CO | AR@INTGAS.COM |
| LAS VEGAS VALLEY WATER DISTRICT | VENDOR-MASTER@KATERRA.COM |
| LOS ANGELES DEPT OF WATER & POWER | VENDOR-MASTER@KATERRA.COM |
| MILE HIGH ROLL-OFF WASTE SYSTEM, I | MILEHIGHROLLOFF@GMAIL.COM |
| MUENSTER TELEPHONE CORP OF TEXAS | CUSTOMERSERVICE@NORTEX.COM |
| MUI SS MEMBER LLC | LEASING@CYRENESEATTLE.COM |
| NORTH CITY WATER DISTRICT | PAULYNE@NORTHCITYWATER.ORG |
| NORTHSHORE UTILITY DISTRICT | BILLING@NUD.NET |
| NORTHSHORE UTILITY DISTRICT | EBILLING@NUD.NET |
| NORTHWEST FIBER LLC | REMITTANCE.RESEARCH@ZIPLYFIBER.COM |
| NV ENERGY, INC | CUSTOMERSERVICE@NVENERGY.COM |
| NW NATURAL | ASHLEE.MINTY@NWNATURAL.COM |
| NW NATURAL | VENDOR-MASTER@KATERRA.COM |
| PARADISE LAKE-SNOHOMISH GARDEN | CATHY.OBRIEN@KATERRA.COM |
| PG&E | APPAIDLINE@PGE.COM |
| PORTLAND GENERAL ELECTRIC | CS@PORTLANDGENERAL.COM |
| PTERA INC | AP@PTERA.COM |
| PUGET SOUND ENERGY | CUSTOMERCARE@PSE.COM |
| PUGET SOUND ENERGY | KURT.KELLER@PSE.COM |
| SNOHOMISH COUNTY PUD | BSR@SNOPUD.COM |
| SOUTHERN CALIFORNIA EDISON | VENDOR-MASTER@KATERRA.COM |
| SOUTHWEST GAS CORPORATION | MIA.URBIETA@SWGAS.COM |
| SRP | VENDOR-MASTER@KATERRA.COM |
| THE CABLE GUY LLC | SUSANCAHOON@AZCABLEGUY.COM |

Exhibit G

Utilities Parties Service List

Served via email

| NAME | EMAIL |
|---|---|
| T-MOBILE USA INC | SUBACH@T-MOBILE.COM |
| TOWN OF GILBERT | UTILITIES@GILBERTAZ.GOV |
| TRUCKEE MEADOWS WATER AUTHORITY | CUSTOMERSERVICE@TMWA.COM |
| TUALATIN VALLEY WATER DISTRICT | JOEL.CARY@TVWD.ORG |
| UNWIRED BROADBAND INC | BILLING@GETUNWIRED.COM |
| US BANK NATIONAL ASSOCIATION | EFCUSTOMERSUPPORT@USBANK.COM |
| VCOM SOLUTIONS INC | ACCOUNTSRECEIVABLES@VCOMSOLUTIONS.COM |
| WASTE CONNECTIONS OF COLO INC | HANNAH.BAKKEN@WASTECONNECTIONS.COM |
| WASTE MANAGEMENT OF WASHINGTON INC | PSIMPSO@WM.COM |
| XCEL ENERGY | TARYN.TALLEY@XCELENERGY.COM |
| XCEL ENERGY | TARYN.TALLEY2XVELENERGY.COM |
| ZAYO GROUP HOLDINGS INC | CUSTOMERSERVICE@ZAYO.COM |
| ZOOM VIDEO COMMUNICATIONS | BILLING@ZOOM.US |

**Exhibit H**

Exhibit H

Banks Parties Service List

Served via email

| NAME | EMAIL |
|------|-------|
| BRIDGE BANK | CYNTHIA.TUNG@BRIDGEBANK.COM |
| BRIDGE BANK | AMY.HUANG@BRIDGEBANK.COM |
| BRIDGE BANK | RAELENE.SAGAPOLU@BRIDGEBANK.COM |
| BRIDGE BANK | ED.LAMBERT@BRIDGEBANK.COM |
| CITIBANK | SHIV.SINGH@CITI.COM |
| CITIBANK | YOUSUF.OMAR@CITI.COM |
| CITIBANK | DAMON.M.COAKLEY@CITI.COM |
| CITIBANK | KERRY.D.SNEED@CITI.COM |
| CITIBANK | LAVERNE.SUTTON@CITI.COM |
| CITIBANK | ERICA.ORTIZ@CITI.COM |
| CITIBANK | DAMON.M.COAKLEY@CITI.COM |
| CITIBANK | KERRY.D.SNEED@CITI.COM |
| CITIBANK | LAVERNE.SUTTON@CITI.COM |
| CITIBANK | ERICA.ORTIZ@CITI.COM |
| HSBC | DERICK.E.DUCHODNI@US.HSBC.COM |
| HSBC | WALEED.ALZADJALI@US.HSBC.COM |
| HSBC | VISHESH.PUVADI@US.HSBC.COM |
| HSBC | KINA.WHITE.HSBCSVC@US.HSBC.COM |
| HSBC | RAY.P.SANTOS@US.HSBC.COM |
| HSBC | VICTOR.VISSER@US.HSBC.COM |
| HSBC | AILA.Z.KHAN@US.HSBC.COM |
| HSBC | JONATHAN.HARVEY@US.HSBC.COM |
| HSBC DUBAI | MARYAM.REHMAN@HSBC.COM |
| HSBC HK | ALICIA.N.Y.CHAU@HSBC.COM.HK |
| HSBC SAR | FUZAIL.SIDDIQUI@SABB.COM |
| ICD | TOM.NEWTON@ICDPORTAL.COM |
| TD BANK | JAIRO.SIU@TD.COM |

In re: Katerra Inc., *et al.*
Case No. 21-31861 (DRJ)                                    Page 1 of 2

Exhibit H

Banks Parties Service List

Served via email

| NAME | EMAIL |
|---|---|
| TD BANK | ANTONIA.GADALETA@TD.COM |
| WELLS FARGO | BURKEM@WELLSFARGO.COM |
| WELLS FARGO | ROSANNE.GONZALES@WELLSFARGO.COM |
| WELLS FARGO | VANESSA.CABRERA2@WELLSFARGO.COM |
| WELLS FARGO FINANCIAL LEASING INC | CUSTOMERSERVICE@FINANCIALSERVICING.NET |
| HSBCAD NORTH AMERICA LLC | RANDY.LAPLANTE@HSBCAD.COM |