Electronic Appearance Sheet

Gary Holtzer, Weil, Gotshal & Manges LLP
Client(s): SoftBank

Jessica Liou, Weil, Gotshal & Manges LLP
Client(s): SoftBank

David J. Cohen, Weil, Gotshal & Manges LLP
Client(s): SoftBank

Scott Bowling, Weil, Gotshal & Manges LLP
Client(s): SoftBank

Alfredo Pérez, Weil, Gotshal & Manges LLP
Client(s): SoftBank

Michael Collins, Manier & Herod, PC
Client(s): Liberty Mutual Insurance Company

Josh Sussberg, Kirkland & Ellis LLP
Client(s): Debtors

Christine Okike, Kirkland & Ellis LLP
Client(s): Debtors

Ravi Shankar, Kirkland & Ellis LLP
Client(s): Debtors

Joshua Robinson, Kirkland & Ellis LLP
Client(s): Debtors

Dan Latona, Kirkland & Ellis LLP
Client(s): Debtors

Miriam Peguero Medrano, Kirkland & Ellis LLP
Client(s): Debtors

Jennifer F. Wertz, Jackson Walker LLP
Client(s): Debtors

Matthew D. Cavenaugh, Jackson Walker LLP
Client(s): Debtors

Machir Stull, Jackson Walker LLP
Client(s): Debtors

Charles Hampton, McGuireWoods LLP
Client(s): Wells Fargo Bank, N.A.

Electronic Appearance Sheet

James Donnell, McGuireWoods LLP
Client(s): Wells Fargo Bank N.A.

Jennifer Kneeland, Watt, Tieder, Hoffar & Fitzgerald, LLP
Client(s): Zurich American Insurance Company; Fidelity and Deposit Company of Maryland; American Guarantee and Liability Insurance Company; Zurich Insurance Company Ltd.; Colonial American Casualty and Surety Company; and Zurich Insurance Group Ltd.

Marguerite Lee DeVoll, Watt, Tieder, Hoffar & Fitzgerald, LLP
Client(s): Zurich American Insurance Company; Fidelity and Deposit Company of Maryland; American Guarantee and Liability Insurance Company; Zurich Insurance Company Ltd.; Colonial American Casualty and Surety Company; and Zurich Insurance Group Ltd.

Alfredo Pérez, Weil, Gotshal & Manges LLP
Client(s): Counsel for SoftBank

Gary Holtzer, Weil, Gotshal & Manges LLP
Client(s): Counsel for SoftBank

Jessica Liou, Weil, Gotshal & Manges LLP
Client(s): Counsel for SoftBank

Scott Bowling, Weil, Gotshal & Manges LLP
Client(s): Counsel for SoftBank

David J. Cohen, Weil, Gotshal & Manges LLP
Client(s): Counsel for SoftBank

Nathan Haynes, Greenberg Traurig
Client(s): Hubbard Street Partners

Michael Callahan, Pro Se, None, Pro Se
Client(s): general counsel for Stiles Machinery, Inc.-unsecured creditor;

Benjamin Keck, Rountree Leitman & Klein
Client(s): Potential asset purchaser

Greg Trif, Trif & Modugno LLC
Client(s): Harrison Building Four Urban Renewal, LLC; Benjamin Harrison Urban Renewal, LLC; BSREP II Wellmont East Urban Renewal LLC; BSREP II Wellmont West Urban Renewal LLC; BSREP II Wellmont Midtown Garage I LLC; 100 Monitor Street LLC; and New Floral Gardens II, LP

Louis Modugno, Trif & Modugno LLC
Client(s): Harrison Building Four Urban Renewal, LLC; Benjamin Harrison Urban Renewal, LLC; BSREP II Wellmont East Urban Renewal LLC; BSREP II Wellmont West Urban Renewal LLC; BSREP II Wellmont Midtown Garage I LLC; 100 Monitor Street LLC; and New Floral Gardens II, LP

Trey Monsour, Fox Rothschild LLP

Electronic Appearance Sheet

Client(s): XSC Phoenix Investment

UEB Builders

Jana Whitworth, Office of the United States Trustee
Client(s): United States Trustee

Mike Pipkin, Weinstein Radcliff Pipkin LLP
Client(s): Benjamin Harrison Urban Renewal, LLC, et al.

Hector Duran, U.S. Department of Justice
Client(s): U.S. Trustee

Louis Modugno, Trif & Modugno LLC
Client(s): Harrison Building Four Urban Renewal, LLC, Benjamin Harrison Urban Renewal, LLC, BSREP II Wellmont East Urban Renewal, LLC, BSREP II Wellmont West Urban Renewal, LLC, and BSREP II Wellmont Midtown Garage I, LLC

Greg Trif, Trif & Modugno LLC
Client(s): Harrison Building Four Urban Renewal, LLC, Benjamin Harrison Urban Renewal, LLC, BSREP II Wellmont East Urban Renewal, LLC, BSREP II Wellmont West Urban Renewal, LLC, and BSREP II Wellmont Midtown Garage I, LLC

Ravi Shankar, Kirkland & Ellis LLP
Client(s): Debtors

Robert  Miller, Manier & Herod, P.C.
Client(s): Liberty Mutual Insurance Company

Gabor Balassa, Kirkland & Ellis LLP
Client(s): Debtors

Ira Herman, Blank Rome LLP
Client(s): LMV II MMP Holdings, LP and LMV II 885 Washington Holdings, LP

Andrew Leblanc, Milbank, LLP
Client(s): Paxion

Harald Mack, European Economic Service / EUWID GmbH
Client(s): International Press