UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| KATERRA INC., *et al.*,[1] | ) | Case No. 21-31861 (DRJ) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |
|  | ) | **Re: Docket No. __** |

**ORDER APPROVING CONTINUATION OF THE SURETY BOND PROGRAM**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to maintain, renew, and modify their Surety Bond Program—including, but not limited to, the procurement of new sureties and maintenance of collateral—in the ordinary course of business on a postpetition basis and to pay outstanding prepetition amounts, if any, as of the Petition Date, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 8525.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Debtors are authorized, but not directed, to maintain the Surety Bond Program without interruption, including, but not limited to, maintaining, renewing, supplementing, or extending the Surety Bonds identified on **Exhibit 1**, performing under the Surety Indemnity Agreements (including providing collateral security), entering into and performing under any other agreements related to the Surety Bond Program, and paying any prepetition or postpetition obligations related to the Surety Bond Program, including any amounts owed on account of the Broker Fees and Surety Premiums.

2. The Debtors are further authorized, but not directed, in the ordinary course of business, to: (a) obtain new surety bonds; (b) maintain existing collateral; (c) renew, amend, supplement, and/or extend the Surety Bonds; (d) post new or additional collateral or issue letters of credit; (e) execute other agreements in connection with the Surety Bond Program; and (f) continue to perform and pay any prepetition amount due and owing under the Surety Indemnity Agreements. The Debtors are not authorized to take any action with respect to a Surety Bond that would have the effect of transforming a prepetition undersecured or unsecured Surety Bond obligation to a postpetition or secured obligation. Such relief may be sought by a separate motion, which may be heard on an emergency basis.

3. The Debtors shall maintain a matrix/schedule of payments related to the Surety Bond Program made pursuant to this Order, including the following information: (a) the names of the payee; (b) the nature, date and amount of the payment; (c) the category or type of payment, as further described and classified in the Motion; (d) the Debtor or Debtors that made the payment. Debtors shall provide a copy of such matrix/schedule to the U.S. Trustee and any statutory committee appointed in these chapter 11 cases every other 30 days beginning upon entry of this Order.

4. The Debtors will notify the U.S. Trustee and any statutory committee appointed in these chapter 11 cases if the Debtors increase, decrease, or terminate existing surety coverage, change surety carriers, enter into any new agreements in connection with the Surety Bond Program, or obtain additional surety bonds.

5. For the avoidance of doubt, no party may apply any proceeds from any Surety Bond against any prepetition claim owed by any Debtor absent further relief from this Court.

6. For the avoidance of doubt and regardless of whether or not a claim has been made under a Zurich Bond[3] or a project has been terminated, nothing in this Order shall limit or abridge the rights of the parties under the Zurich Bonds or the rights of the parties to any general indemnity agreement, including, but not limited to, Zurich's right to investigate projects, examine and evaluate books, records, and accounts of the projects bonded by Zurich, and investigate and evaluate formal and informal claims under the performance bonds and payment bonds. Nothing

---

[3] "Zurich Bond(s)" is defined to include performance bonds and payment bonds naming one or more of the Debtors as principals and various third parties as obligees issued by Zurich American Insurance Company and Fidelity and Deposit Company of Maryland and their subsidiaries, affiliates, and associated companies (collectively, "Zurich").

in this Order shall be deemed to modify or impair the rights or defenses of any of the Sureties under applicable law, or under any applicable Surety Bond or Surety Indemnity Agreement.

7. The banks and financial institutions on which checks were drawn or electronic fund transfer requests made in payment of the prepetition obligations approved herein are authorized to receive, process, honor, and pay all such checks and electronic fund transfer requests when presented for payment, and all such banks and financial institutions are authorized to rely on the Debtors' designation of any particular check or electronic fund transfer requests as approved by this Order.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; or (h) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in this Motion are

valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

9. The Debtors are authorized to issue postpetition checks, or to effect postpetition fund transfer requests, in replacement of any checks or fund transfer requests that are dishonored as a consequence of these chapter 11 cases with respect to prepetition amounts owed in connection with any Surety Bond Program.

10. Notwithstanding the relief granted in this Order, any payment made or to be made by the Debtors pursuant to the authority granted herein shall be subject to and in compliance with any interim or final orders entered by the Court approving the Debtors' entry into any postpetition debtor-in-possession financing facility and any budget or cash flow forecasts in connection therewith and/or authorizing the Debtors' use of cash collateral and any budget or cash flow forecasts in connection therewith (in either case, the "DIP Order"). To the extent there is any inconsistency between the terms of the DIP Order and any action taken or proposed to be taken hereunder, the terms of the DIP Order shall control. For the avoidance of doubt, the Debtors are not authorized to make any payments pursuant to this Order to, or on behalf of, a non-debtor affiliate except as permitted by the Approved Budget (as defined in the DIP Order).

11. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

12. Nothing in this Order authorizes the Debtors to accelerate any payments not otherwise due.

13. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

14. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

15. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Houston, Texas
Dated: _____, 2021

_____
UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT 1**

**Surety Bonds**

| | | | **Surety Bond Schedule** | | | |
|---|---|---|---|---|---|---|
| **Bond Number** | **Issuing Carrier** | **Entity** | **Beneficiary** | **Bond Amount** | **Current Effective Date** | **Expiration Date[1]** |
| 41366461 | Capitol Indemnity Corporation | Katerra Construction LLC | LPI Consulting dba LPI Construction | $324,819 | 5/28/2021 | 5/28/2022 |
| 60136927 | Capitol Indemnity Corporation | UEB Builders, Inc. | Precise Drywall Inc. | $934,561 | 3/31/2021 | 3/31/2022 |
| 60136929 | Capitol Indemnity Corporation | Katerra Construction LLC | Eastern Concrete Materials Inc. | $187,892 | 4/9/2021 | 4/9/2022 |
| 60136926 | Capitol Indemnity Corporation | Katerra Inc. | Clerk of the County of Mecklenburg County | $818,083 | 3/31/2021 | 3/31/2022 |
| 60136930 | Capitol Indemnity Corporation | Katerra Construction LLC | US Framing International LLC | $492,795 | 5/14/2021 | 5/13/2022 |
| 60136931 | Capitol Indemnity Corporation | Katerra Construction LLC | US Framing International LLC | $465,825 | 5/14/2021 | 5/13/2022 |
| 60136932 | Capitol Indemnity Corporation | Katerra Construction LLC | US Framing International LLC | $202,987 | 5/14/2021 | 5/13/2022 |
| 60136934 | Capitol Indemnity Corporation | Katerra Construction LLC fka Edge @ LoHi, LLC | Clerk of the Court of the City and County of Denver | $127,160 | 8/7/2021 | 8/7/2021 |
| 60136935 | Capitol Indemnity Corporation | Katerra Construction LLC | Jefferson County Colorado | $10,000 | 10/22/2020 | 10/22/2021 |
| 60136938 | Capitol Indemnity Corporation | Katerra Construction LLC | Harris County | $5,000 | 11/24/2020 | 11/24/2021 |
| 60136939 | Capitol Indemnity Corporation | Katerra Construction LLC (Jeremy Ross Bechwith) | State of California | $12,500 | 12/3/2021 | 12/3/2021 |
| 60136942 | Capitol Indemnity Corporation | Katerra Construction LLC | City of Tacoma | $15,000 | 2/19/2021 | 2/19/2022 |

---

[1] For the avoidance of doubt, all Surety Bonds listed herein remain active as of the Petition Date. Each expiration date noted reflects the billing dates for annual Surety Bonds or the original expected expiration date for projects related thereto.

| | | | Surety Bond Schedule | | | |
|---|---|---|---|---|---|---|
| Bond Number | Issuing Carrier | Entity | Beneficiary | Bond Amount | Current Effective Date | Expiration Date[1] |
| 60136943 | Capitol Indemnity Corporation | Katerra Construction LLC | City of Tacoma | $351,684 | 2/9/2021 | 2/19/2022 |
| 41366462 | Capitol Indemnity Corporation | Katerra Construction LLC | Quality Coating Enterprises, LLC | $374,442 | 6/19/2021 | 6/19/2022 |
| 60136945 | Capitol Indemnity Corporation | Katerra Construction LLC | City of Phoenix | $24,244 | 4/28/2021 | 4/28/2022 |
| 60136946 | Capitol Indemnity Corporation | Katerra Construction LLC | City of Phoenix | $5,430 | 4/28/2021 | 4/28/2022 |
| 60136948 | Capitol Indemnity Corporation | Katerra Construction LLC | City of Phoenix | $6,173 | 5/5/2021 | 5/5/2022 |
| 60136949 | Capitol Indemnity Corporation | Katerra Construction LLC | City of Phoenix | $2,804 | 5/5/2021 | 5/5/2022 |
| 60136950 | Capitol Indemnity Corporation | Katerra Construction LLC | City of Phoenix | $2,568 | 5/5/2021 | 5/5/2022 |
| 6041008629 | Crum & Forster Insurance | Katerra Construction LLC | City and County of Denver | $118,000 | 3/3/2021 | 3/3/2022 |
| 6041008638 | Crum & Forster Insurance | Katerra Construction LLC | Clerk of the Court of Boulder County | $40,670 | 3/4/2021 | 3/4/2022 |
| 6041008647 | Crum & Forster Insurance | Katerra Construction LLC | SRS Distribution Inc. dba Commercial Distribution Specialists | $83,006 | 3/4/2021 | 3/4/2022 |
| ES00003319 | Everest Reinsurance Company | Katerra Construction LLC | Tualatin Valley Water District | $50,000 | 3/10/2021 | 3/10/2022 |
| ES00003321 | Everest Reinsurance Company | Katerra Construction LLC | City of Fort Pierce | $219,651 | 3/16/2020 | 3/16/2022 |
| ES00003324 | Everest Reinsurance Company | Katerra Construction LLC | City of Atlanta | $241,545 | 5/19/2021 | 5/19/2022 |
| ES00003325 | Everest Reinsurance Company | Katerra Construction LLC | City of Atlanta | $224,254 | 5/19/2021 | 5/19/2022 |

2

| Surety Bond Schedule | | | | | | |
|---|---|---|---|---|---|---|
| Bond Number | Issuing Carrier | Entity | Beneficiary | Bond Amount | Current Effective Date | Expiration Date[1] |
| ES00003326 | Everest Reinsurance Company | Katerra Construction LLC | City of Fort Collins | $179,582 | 7/31/2021 | 7/31/2022 |
| ES00003327 | Everest Reinsurance Company | Katerra Construction LLC | City of Fort Collins | $54,000 | 7/31/2021 | 7/31/2022 |
| ES00006310* | Everest Reinsurance Company | Katerra Construction LLC | City of Shoreline | $94,777 | 6/19/2020 | 6/19/2021 |
| ES00006312 | Everest Reinsurance Company | Katerra Construction LLC | City of Shoreline | $15,238 | 6/29/2020 | 6/29/2021 |
| ES00003067 | Everest Reinsurance Company | Katerra Inc. | Holder Construction Group LLC | $172,448 | 5/28/2020 | 5/28/2021 |
| ES00003066 | Everest Reinsurance Company | Katerra Inc. | Dettaglio Construction, Inc. dba DCI Construction, Inc. | $4,842,847 | 5/27/2020 | 5/27/2021 |
| DVIFSU0731866 | International Fidelity Insurance Company | Katerra Construction LLC (Gregory Zane Campbell) | State of California | $12,500 | 9/20/2020 | 9/20/2021 |
| DVIFSU0736671 | International Fidelity Insurance Company | Katerra Construction LLC (Joseph Mark Feroleto) | State of Arizona | $6,750 | 6/27/2020 | 6/27/2021 |
| DVHNSU0771227 | Harco National Insurance Company | Katerra Construction LLC | City of Austin | $10,000 | 12/12/2020 | 12/12/2021 |
| DVIFSU0736625 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona | $10,000 | 5/11/2021 | 5/11/2022 |
| DVHNSU0771215 | Harco National Insurance Company | Katerra Construction LLC | Hernandez Framing, LLC | $486,085 | 10/31/2020 | 10/31/2021 |
| DVHNSU0771229 | Harco National Insurance Company | Katerra Construction LLC | Boulder County Clerk | $207,858 | 12/12/2020 | 12/12/2021 |
| DVHNSU0771251 | Harco National Insurance Company | Katerra Construction LLC | Tacoma Roofing | $210,127 | 2/6/2021 | 2/6/2022 |

3

| | | Surety Bond Schedule | | | | |
|---|---|---|---|---|---|---|
| Bond Number | Issuing Carrier | Entity | Beneficiary | Bond Amount | Current Effective Date | Expiration Date[1] |
| DVHNSU0771252 | Harco National Insurance Company | Katerra Construction LLC | Tacoma Roofing | $21,205 | 2/6/2021 | 2/6/2022 |
| DVHNSU0771253 | Harco National Insurance Company | Katerra Construction LLC | Tacoma Roofing | $15,179 | 2/6/2021 | 2/6/2022 |
| DVHNSU0771254 | Harco National Insurance Company | Katerra Construction LLC | Tacoma Roofing | $84,986 | 2/6/2021 | 2/6/2022 |
| DVHNSU0771255 | Harco National Insurance Company | Katerra Construction LLC | Tacoma Roofing | $19,272 | 2/6/2021 | 2/7/2022 |
| DVHNSU0771206 | Harco National Insurance Company | Katerra Construction LLC | City of Phoenix | $4,340 | 9/25/2020 | 9/25/2021 |
| DVHNSU0771231 | Harco National Insurance Company | Katerra Construction LLC | City of Phoenix | $6,228 | 12/17/2020 | 12/17/2021 |
| DVHNSU0771240 | Harco National Insurance Company | Katerra Construction LLC | City of Hillsboro | $1,672,624 | 1/10/2021 | 1/10/2022 |
| DVIFSU0760614 | International Fidelity Insurance Company | Katerra Construction LLC | City of Phoenix | $15,186 | 9/19/2020 | 9/19/2021 |
| DVIFSU0693686 | International Fidelity Insurance Company | Katerra Construction LLC | Department of Labor and Industry | $12,000 | 2/8/2021 | 2/8/2022 |
| DVIFSU0693687 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona | $15,000 | 2/8/2021 | 2/8/2022 |
| DVIFSU0693705 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona | $5,000 | 2/8/2021 | 2/8/2022 |
| DVIFSU0693706 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona | $50,000 | 2/8/2021 | 2/8/2022 |

| | | Surety Bond Schedule | | | | |
|---|---|---|---|---|---|---|
| Bond Number | Issuing Carrier | Entity | Beneficiary | Bond Amount | Current Effective Date | Expiration Date[1] |
| DVIFSU0693715 | International Fidelity Insurance Company | Katerra Construction LLC | State of Oregon | $20,000 | 2/8/2021 | 2/8/2022 |
| DVIFSU0693716 | International Fidelity Insurance Company | Katerra Construction LLC | State of Oregon | $75,000 | 2/12/2021 | 2/12/2022 |
| DVIFSU0698279 | International Fidelity Insurance Company | Katerra Construction LLC | State of New Mexico | $10,000 | 2/12/2021 | 2/12/2022 |
| DVIFSU0698285 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona, Department O | $17,000 | 2/22/2021 | 2/22/2022 |
| DVIFSU0698295 | International Fidelity Insurance Company | Katerra Construction LLC | State of California | $15,000 | 3/9/2021 | 3/9/2022 |
| DVIFSU0698302 | International Fidelity Insurance Company | Katerra Construction LLC | State of California | $100,000 | 3/17/2021 | 3/17/2022 |
| DVIFSU0713667 | International Fidelity Insurance Company | Katerra Construction LLC | State of Nevada | $50,000 | 1/18/2021 | 1/18/2022 |
| DVIFSU0713718 | International Fidelity Insurance Company | Katerra Construction LLC | City of Columbus | $25,000 | 4/17/2021 | 4/17/2022 |
| DVIFSU0713801 | International Fidelity Insurance Company | Katerra Construction LLC | Consolidated City of Indianapolis | $10,000 | 12/31/2020 | 12/31/2021 |
| DVIFSU0713817 | International Fidelity Insurance Company | Katerra Construction LLC | State of Iowa | $25,000 | 8/22/2020 | 8/22/2021 |

| | | Surety Bond Schedule | | | | |
|---|---|---|---|---|---|---|
| **Bond Number** | **Issuing Carrier** | **Entity** | **Beneficiary** | **Bond Amount** | **Current Effective Date** | **Expiration Date[1]** |
| DVIFSU0731882 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona- Registrar | $25,000 | 10/5/2020 | 10/5/2021 |
| DVIFSU0731886 | International Fidelity Insurance Company | Katerra Construction LLC | State of Utah | $50,000 | 10/10/2020 | 10/10/2021 |
| DVIFSU0731889 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona | $25,000 | 10/13/2020 | 10/13/2021 |
| DVIFSU0736538 | International Fidelity Insurance Company | Katerra Construction LLC | State of Nevada | $2,000 | 1/29/2021 | 1/29/2022 |
| DVIFSU0736543 | International Fidelity Insurance Company | Katerra Construction LLC | Ada County Highway District | $25,000 | 2/7/2021 | 2/7/2022 |
| DVIFSU0736559 | International Fidelity Insurance Company | Katerra Construction LLC | State of Nevada | $50,000 | 3/7/2021 | 3/7/2022 |
| DVIFSU0736622 | International Fidelity Insurance Company | Katerra Construction LLC | State of Arizona | $102,000 | 5/7/2021 | 5/7/2022 |
| DVIFSU0736651 | International Fidelity Insurance Company | Katerra Construction LLC | State of Alaska Department of Commerce | $25,000 | 6/21/2021 | 6/21/2022 |
| DVIFSU0749177 | International Fidelity Insurance Company | Katerra Construction LLC | City of Jersey City | $15,000 | 8/24/2020 | 8/24/2021 |
| DVIFSU0749210 | International Fidelity Insurance Company | Katerra Construction LLC | Commonwealth of Virgina | $50,000 | 9/27/2020 | 9/27/2021 |

| | | | Surety Bond Schedule | | | |
|---|---|---|---|---|---|---|
| **Bond Number** | **Issuing Carrier** | **Entity** | **Beneficiary** | **Bond Amount** | **Current Effective Date** | **Expiration Date[1]** |
| DVIFSU0731890 | International Fidelity Insurance Company | Katerra Construction LLC | State of Wisconsin | $25,000 | 10/13/202 | 10/13/2021 |
| DVIFSU0731936 | International Fidelity Insurance Company | Katerra Construction LLC (Kevin Loy Clarkson) | State of California | $12,500 | 12/6/2020 | 12/6/2021 |
| DVIFSU0698296 | International Fidelity Insurance Company | Katerra Construction LLC (Michael Rock) | State of California | $12,500 | 3/11/2021 | 3/11/2022 |
| DVIFSU0736631 | International Fidelity Insurance Company | Katerra Construction LLC (Michael Rock) | Florida Construction and | $10,000 | 5/22/2021 | 5/22/2022 |
| DVHNSU0771241 | Harco National Insurance Company | Katerra Construction LLC | North Shore Utility District | $173,000 | 1/10/2021 | 1/10/2022 |
| DVHSNU0771239 | Harco National Insurance Company | Katerra Construction LLC | City of Kirkland | $60,000 | 1/10/2021 | 1/10/2022 |
| DVHNSU0779722 | Harco National Insurance Company | Katerra Construction LLC | Clerk of the Court of Westchester | $274,947 | 12/18/2020 | 12/18/2021 |
| DVHNSU0779729 | Harco National Insurance Company | Katerra Construction LLC | GWB Interiors, LLC | $477,869 | 12/29/2020 | 12/29/2021 |
| DVHNSU0799639 | Harco National Insurance Company | Katerra Construction LLC | Union Power Cooperative | $2,500 | 8/21/2021 | 8/21/2022 |
| DVHNSU0779787 | Harco National Insurance Company | Katerra Construction LLC | North Shore Utility District | $34,600 | 2/18/2021 | 2/18/2023 |
| 906222624 | Liberty Mutual Insurance Company | Katerra Construction LLC | Legacy Partners Hayward Project Owner LLC (a Delaware Limited Liability Company) | $22,650,356 | 09/27/2018 | 05/12/2020 |
| 906223301 | Liberty Mutual Insurance Company | Katerra Construction LLC | City of Tracy | $1,632,600 | 08/14/2019 | 08/13/2020 |

| | | | Surety Bond Schedule | | | |
|---|---|---|---|---|---|---|
| Bond Number | Issuing Carrier | Entity | Beneficiary | Bond Amount | Current Effective Date | Expiration Date[1] |
| 906222913 | Liberty Mutual Insurance Company | Katerra Construction LLC | City of Spokane Valley | $7,386 | 02/08/2019 | 02/07/2021 |
| 906223300 | Liberty Mutual Insurance Company | Katerra Construction LLC | City of Flagstaff | $426,390 | 8/14/2020 | 08/13/2021 |
| 906223282 | Liberty Mutual Insurance Company | Katerra Construction LLC | UDR 1590 Grove LLC | $63,330,000 | 07/02/2019 | 08/25/2021 |
| 906223564 | Liberty Mutual Insurance Company | Katerra Construction LLC | Livermore Multifamily Owner LLC | $68,625,025 | 11/14/2019 | 11/21/2021 |
| 906223115 | Liberty Mutual Insurance Company | Katerra Construction LLC | LMV II 885 Washington Holdings, LP | $129,375,000 | 05/16/2019 | 11/29/2021 |
| 906223566 | Liberty Mutual Insurance Company | Katerra Construction LLC | AG Kent Apartments LLC | $57,833,261 | 12/13/2019 | 11/30/2021 |
| 906223121 | Liberty Mutual Insurance Company | Katerra Construction LLC | LMV II MMP Holdings, LP a Delaware limited partnership | $137,067,396 | 06/19/2019 | 12/01/2021 |
| 906223281 | Liberty Mutual Insurance Company | Katerra Construction LLC | City and County of Denver, Contractor Licensing | $240,000 | 6/27/2021 | 6/27/2022 |
| 906223291 | Liberty Mutual Insurance Company | Katerra Construction LLC | City and County of Denver, Contractor Licensing | $62,400 | 7/23/2021 | 7/23/2022 |
| 906223299 | Liberty Mutual Insurance Company | Katerra Construction LLC | New York State Department of State | $50,000 | 8/7/2020 | 8/7/2021 |
| 906223298 | Liberty Mutual Insurance Company | Katerra Construction LLC | State of Tennessee, Department of Commerce and Insurance, Board of Licensing Contractors | $100,000 | 8/6/2020 | 8/6/2021 |
| 906223302 | Liberty Mutual Insurance Company | Katerra Construction LLC | City of Spokane | $10,000 | 8/16/2020 | 8/16/2021 |
| 906223306 | Liberty Mutual Insurance Company | Katerra Construction LLC | City of White Plains | $116,040 | 9/9/2020 | 9/8/2021 |
| 17S000667/906222621 | Liberty Mutual Insurance Company | Katerra Construction LLC | Boudreau Pipeline Corporation | $152,782 | 09/10/2019 | 09/10/2020 |

8

| | | Surety Bond Schedule | | | | |
|---|---|---|---|---|---|---|
| **Bond Number** | **Issuing Carrier** | **Entity** | **Beneficiary** | **Bond Amount** | **Current Effective Date** | **Expiration Date[1]** |
| 906223292 | Liberty Mutual Insurance Company | Katerra Construction LLC | County of Mecklenburg | $5,000 | 9/17/2020 | 9/17/2021 |
| 906222628 | Liberty Mutual Insurance Company | Katerra Construction LLC | State of Tennessee, Department of Commerce and Insurance, Board of Licensing Contractors | $1,000,000 | 10/16/2020 | 10/16/2021 |
| 906222634 | Liberty Mutual Insurance Company | Katerra Construction LLC | City of Fort Collins | $10,000 | 10/31/2020 | 10/31/2021 |
| 906222639 | Liberty Mutual Insurance Company | Katerra Construction LLC | City of Boulder, Colorado | $5,000 | 12/4/2020 | 12/4/2021 |
| 906222922 | Liberty Mutual Insurance Company | Katerra Construction LLC | State of North Carolina | $1,000,000 | 3/5/2021 | 3/5/2022 |
| 906223093 | Liberty Mutual Insurance Company | Bristlecone Construction Corporation | Clerk of the Court of the City and County of Denver | $263,493 | 3/28/2021 | 3/28/2022 |
| 906223106 | Liberty Mutual Insurance Company | Bristlecone Construction Corporation | Clerk of the Court of the City and County of Denver | $127,464 | 4/24/2021 | 4/24/2022 |
| 906223102 | Liberty Mutual Insurance Company | Katerra Construction LLC | State of California Contractor's License Board | $12,500 | 4/26/2021 | 4/26/2022 |
| 17S000672/190S02008 | Liberty Mutual Insurance Company | Katerra Inc. | Bureau of Customs and Border Protection | $500,000 | 05/25/2020 | 05/25/2021 |
| 906223592 | Liberty Mutual Insurance Company | Katerra Construction LLC | State of California Contractor's License Board | $12,500 | 1/27/2021 | 1/27/2022 |
| 906223594 | Liberty Mutual Insurance Company | Katerra Construction LLC | Town of Spalling | $196,693 | 2/15/2021 | 2/15/2023 |
| 906223595 | Liberty Mutual Insurance Company | UEB Builders, Inc. | State of Arizona | $100,000 | 2/18/2021 | 2/18/2022 |
| 906223596 | Liberty Mutual Insurance Company | Katerra Construction LLC | County of Summit, Ohio | $10,000 | 2/24/2021 | 2/24/2022 |
| 906224733 | Liberty Mutual Insurance Company | UEB Builders, Inc. | State of Washington | $12,000 | 3/20/2021 | 3/20/2022 |

9

| | | Surety Bond Schedule | | | | |
|---|---|---|---|---|---|---|
| **Bond Number** | **Issuing Carrier** | **Entity** | **Beneficiary** | **Bond Amount** | **Current Effective Date** | **Expiration Date[1]** |
| 906222926 | Liberty Mutual Insurance Company | Katerra Construction LLC | State of NV | $50,000 | 10/3/2020 | 10/3/2021 |
| FL5144830 | Merchants Bonding Company (Mutual) | UEB Builders Inc. | Florida Construction Industry Licensing Board | $20,000 | 11/30/2019 | 11/30/2020 |
| AZ 882850 | Merchants Bonding Company (Mutual) | UEB Builders Inc. | Wholesale Floors Inc | $389,375 | 11/21/2019 | 11/21/2020 |
| AZC369830 | Merchants Bonding Company (Mutual) | UEB Builders Inc. | City of Flagstaff | $728,572 | 2/20/2020 | 2/20/2021 |
| AZC370382 | Merchants Bonding Company (Mutual) | UEB Builders Inc. | City of Phoenix | $92,762 | 7/23/2019 | 7/23/2021 |
| AZC370378 | Merchants Bonding Company (Mutual) | UEB Builders Inc. | City of Phoenix | $117,619 | 6/21/2019 | 6/21/2021 |
| FLC 85158 | Merchants Bonding Company (Mutual) | UEB Builders Inc. | St Lucie County | $373,937 | 4/23/2019 | 4/23/2021 |
| AZC370154 | Merchants Bonding Company (Mutual) | UEB Builders Inc. | City of Phoenix | $55,386 | 12/4/2018 | 12/4/2020 |
| 5145301 | Old Republic General Insurance Group | Katerra Inc. | Hampstead Jackson Partners, L.P. | $8,027,070 | 5/28/2020 | 5/28/2021 |
| 5145300 | Old Republic General Insurance Group | Katerra Inc. | Hampstead Jackson Partners, L.P. | $884,747 | 5/28/2020 | 5/28/2021 |
| 800056250 | One Beacon Surety Group | Katerra Construction LLC | Village Pointe Community Partners, Lp | $13,054,059 | 6/25/2020 | 6/25/2021 |
| 800010428 | One Beacon Surety Group | Katerra Construction LLC | City and County of Denver | $70,000 | 8/25/2020 | 8/25/2022 |
| 800110103 | One Beacon Surety Group | Katerra Construction LLC | City of Reno, NV | $5,000 | 9/24/2020 | 9/24/2021 |
| 800110104 | One Beacon Surety Group | Capgrow Construction Management LLC | State of Arizona | $17,000 | 10/13/2020 | 10/13/2021 |

| Surety Bond Schedule | | | | | | |
|---|---|---|---|---|---|---|
| Bond Number | Issuing Carrier | Entity | Beneficiary | Bond Amount | Current Effective Date | Expiration Date[1] |
| 800110105 | One Beacon Surety Group | Capgrow Construction Management LLC | State of Arizona | $50,000 | 10/15/2020 | 10/15/2021 |
| 800110035 | One Beacon Surety Group | Katerra, Inc. | Wonder Spokane, LLC | $1,150,000 | 1/13/2021 | 1/13/2022 |
| 800110036 | One Beacon Surety Group | Katerra Construction LLC | JE Dunn Construction Company | $3,550,150 | 2/8/2021 | 2/8/2022 |
| 800110039 | One Beacon Surety Group | Katerra Construction LLC | Clerk of the Court of the City and County of Denver | $126,180 | 3/10/2021 | 3/10/2022 |
| 800110043 | One Beacon Surety Group | UEB Builders Inc. | Arizona Composite Metals | $608,374 | 4/9/2021 | 4/9/2022 |
| 800110045 | One Beacon Surety Group | Katerra Construction LLC | Landmark Urban Construction WA, LLC | $1,758,207 | 5/3/2021 | 5/3/2022 |
| 107368126 | Travelers Casualty and Surety Company of America | Katerra Construction LLC (Juan Marquez Garcia) | Arizona | $5,000 | 1/27/2020 | 1/27/2024 |
| PRF933466900 | Zurich American Insurance Company | Katerra Construction, LLC | Paradise Savannah, LP | $3,162,829 | 04/21/2020 | 12/15/2020 |
| PRF933466700 | Zurich American Insurance Company | Katerra Construction, LLC | Paradise Carrollton, LP | $3,083,953 | 04/21/2020 | 12/15/2020 |
| PRF933466400 | Zurich American Insurance Company | Katerra Construction, LLC | City Views Preservation, LP | $15,028,393 | 04/08/2020 | 06/08/2022 |
| PRF933467200 | Zurich American Insurance Company | Katerra Construction, LLC | Skyline Apartments, LP | $44,204,467 | 03/31/2020 | 11/05/2021 |
| PRF933466800 | Zurich American Insurance Company | Katerra Construction, LLC | Paradise Moultrie, LP | $5,444,732 | 03/25/2020 | 03/25/2021 |
| PRF933466000 | Zurich American Insurance Company | Katerra Construction, LLC | Colusa Devonshire, LP | $2,471,322 | 03/17/2020 | 08/17/2020 |
| PRF933465800 | Zurich American Insurance Company | Katerra Construction, LLC | Golen West Community Partners, | $9,457,382 | 01/14/2020 | 01/14/2021 |

11

| Surety Bond Schedule | | | | | | |
|---|---|---|---|---|---|---|
| Bond Number | Issuing Carrier | Entity | Beneficiary | Bond Amount | Current Effective Date | Expiration Date[1] |
| PRF933465500 | Zurich American Insurance Company | Katerra Construction, LLC | Presbyterian Senior Care Port | $13,765,031 | 11/08/2019 | 11/08/2020 |
| PRF931444800 | Zurich American Insurance Company | Katerra Construction, LLC | Vista Park I, LP | $5,211,720 | 10/01/2019 | 10/01/2020 |
| PRF931444900 | Zurich American Insurance Company | Katerra Construction, LLC | Palm Court San Jose, L.P. | $5,096,547 | 10/01/2019 | 10/01/2020 |
| PRF931443501 | Zurich American Insurance Company | Katerra Construction, LLC | Lawrence Avenue Community Part | $8,444,543 | 08/07/2019 | 07/19/2020 |
| PRF931443600 | Zurich American Insurance Company | Katerra Construction, LLC | Casa Del Sol Community Partner | $7,432,652 | 08/01/2019 | 12/16/2019 |
| MNT925948100 | Zurich American Insurance Company | Katerra Construction, LLC | Hampstead Windsong Partners, LP | $175,986 | 06/19/2019 | 09/19/2020 |
| PRF928199000 | Zurich American Insurance Company | Katerra Construction, LLC | Vaseo Apartments, LP | $2,229,539 | 01/08/2019 | 01/08/2021 |
| PRF928199100 | Zurich American Insurance Company | Katerra Construction, LLC | Vaseo Apartments, LP | $5,084,240 | 01/08/2019 | 01/08/2021 |
| PRF928198200 | Zurich American Insurance Company | Katerra Construction, LLC | LA 78, LP | $3,208,303 | 11/13/2018 | 11/13/2020 |
| PRF925947901 | Zurich American Insurance Company | Katerra United Holdings, LLC | Svsm Apartments, LP | $11,595,267 | 02/14/2018 | 02/14/2019 |
| LPM928199601 | Zurich American Insurance Company | Katerra Construction, LLC | California State License Bond | $12,500 | 02/14/2020 | 02/14/2021 |
| LPM925948502 | Zurich American Insurance Company | Katerra Construction, LLC | Iowa Division of Labor | $25,000 | 01/09/2020 | 01/09/2021 |
| LPM925948302 | Zurich American Insurance Company | Katerra Construction, LLC | City of Reynoldsburg | $10,000 | 01/01/2020 | 12/31/2020 |
| LPM925948202 | Zurich American Insurance Company | Katerra Construction, LLC | Consolidated City of Indianapolis | $10,000 | 01/01/2020 | 12/31/2020 |
| LPM925948403 | Zurich American Insurance Company | Katerra Construction, LLC | Cobb County Development & Insp | $10,000 | 01/02/2020 | 01/02/2021 |

| Surety Bond Schedule | | | | | | |
|---|---|---|---|---|---|---|
| **Bond Number** | **Issuing Carrier** | **Entity** | **Beneficiary** | **Bond Amount** | **Current Effective Date** | **Expiration Date[1]** |
| LPM923571803 | Zurich American Insurance Company | Signature Renovations Group LLC dba SRG Roofing, Inc. (Kevin Kirkwood) | Florida Construction Industry | $100,000 | 05/01/2020 | 05/01/2021 |
| LMP928197402 | Zurich American Insurance Company | Katerra Construction LLC | City of Maitland | $5,000 | 9/10/2020 | 9/10/2021 |
| LMP9259468 | Zurich American Insurance Company | Katerra Construction LLC | City of Westland | $10,000 | 9/21/2020 | 9/21/2021 |

13