**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Case No. 21-31861 (DRJ) |
| KATERRA INC., *et al.[1]*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 9010(b) and 2002, please take notice that the undersigned attorney is appearing as local counsel for Haddad Heating & Plumbing, Inc. ("Creditor"), a creditor in the above-styled bankruptcy cases.  Pursuant to Bankruptcy Rule 2002, Creditor requests that all notices given or required to be given in this bankruptcy, and all papers served or required to be served in this bankruptcy, be given to and served upon the undersigned as follows:

Susan C. Mathews
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
1301 McKinney Street, Suite 3700
Houston, Texas 77010
Telephone: (713) 286-7165
Facsimile: (713) 650-9701
smathews@bakerdonelson.com

The foregoing request is to include the notices and papers referred to in the Rules specified above, and also includes, without limitation, notices of any orders, applications, complaints, proposed reorganizations, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in the above cause.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

4812-0044-0303v1
2616900-012585 06/15/2021

Dated:  June 15, 2021.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ**
A Professional Corporation

By:     */s/  Susan C. Mathews*
           Susan C. Mathews
           Texas Bar No. 05060650
           smathews@bakerdonelson.com
           1301 McKinney St., Suite 3700
           Houston, Texas 77010
           Telephone:  (713) 650-9700
           Facsimile:  (713) 650-9701

**LOCAL COUNSEL FOR
HADDAD HEATING & PLUMBING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 15, 2021, a true and correct copy of the foregoing was served via the Court's ECF system on those parties registered to receive ECF notices by the Court.

/s/ *Susan C. Mathews*
S U S A N  C.  M A T H E W S

2