# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KATERRA INC., *et al.*,[1] | ) Case No. 21-31861 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

I, Muhammad Azeem, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On June 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on (1) the Master Service List attached hereto as **Exhibit A**; and (2) the Contract Counterparties Service List attached hereto as **Exhibit B**:

- First Notice of Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 157]

Dated: June 16, 2021

*/s/ Muhammad Azeem*
Muhammad Azeem

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 16, 2021, by Muhammad Azeem, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

SRF 54407

## **Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 40 UNSECURED CREDITORS | ADVANCED ELECTRICAL CONTRACTOR | ATTN: VICTOR RUPENSKI , OWNER AND VICE PRESIDENT<br>51 GILES AVE<br>SUITE 9<br>NORTH HAVEN CT 06473 | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | AIR GROUP LLC | ATTN: PATRICK CONFORTI, MANAGER AND DIRECTOR<br>1 PRINCE ROAD<br>WHIPPANY NJ 07981 | PATRICK@AIRGROUPLLC.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | AMERICAN ARCHITECTURAL WINDOW | ATTN: DONNA STEVENSON, DIRECTOR OF OPERATIONS<br>156 WOODPORT<br>SUITE 1A<br>SPARTA NJ 07871 | CUSTOMERSERVICE@AMERICANARCHITECTURAL.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | AMERICAN PANEL TEC | ATTN: JOHN LANZILOTTA, PRESIDENT<br>1640 NEW MARKET AVENUE<br>BUILDING 1-A<br>SOUTH PLAINFIELD NJ 07080 | SALES@AMERICANPANELTEC.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | APODACA WALL SYSTEMS, INC. | ATTN: ERNEST MIERA, MANAGER<br>5740 W. BUCKEYE RD<br>PHOENIX AZ 85043 | ERNIE@APODACAINC.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | ARCO CONSTRUCTION | ATTN: JEFF COOK, CHIEF EXECUTIVE OFFIER<br>15 FAIRFIELD PLACE<br>WEST CALDWELL NJ 07006 | JCOOK@ARCO1.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | BERGELECTRIC CORP | ATTN: LOUIS WYLER, REGIONAL VICE PRESIDENT<br>3182 LIONSHEAD AVENUE<br>CARLSBAD CA 92010 | LWYLER@BERGELECTRIC.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | BOLOS AND ASSOCIATES, LLC | ATTN: LAWRENCE J. HILTON AND ROBERT D. HUNT, LEGAL COUNSEL<br>C/O ONE LLP<br>4000 MACARTHUR BLVD E. TWR STE 500<br>NEWPORT BEACH CA 92660 | LHILTON@ONELLP.COM<br>RHUNT@ONELLP.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | CAPITOL INDEMNITY CORPORATION | ATTN: ANDREW DOLL, PRESIDENT & CEO<br>1600 ASPEN COMMONS<br>SUITE 300<br>MIDDLETON WI 53562 | ADOLL@CIGINSURANCE.COM | First Class Mail and Email |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS | CHAMBERS OF HONORABLE DAVID R. JONES | KATERRA CHAMBERS COPY<br>US BANKRUPTCY COURT SDTX<br>515 RUSK AVENUE, COURTROOM 400<br>HOUSTON TX 77002 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | CITY OF PHOENIX FIRE PREVENTION | ATTN: BANKRUPTCY DEPARTMENT<br>200 W. WASHINGTON ST.<br>PHOENIX AZ 85003 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | CITY OF TRACY FIRE PREVENTION | ATTN: BANKRUPTCY DEPARTMENT<br>333 CIVIC CENTER PLAZA<br>TRACY CA 95376 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | CLARK COUNTY DEPARTMENT OF ENVIRONMENT AND SUSTAINABILITY, DIVISION OF AIR QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>500 S. GRAND CENTRAL PKWY<br>LAS VEGAS NV 89155 | | First Class Mail |
| COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | CONCRETE SYSTEMS | ATTN: MICHAEL WORDEN, PRESIDENT<br>110 PARIS STREET<br>NEWARK NJ 07105 | MWORDEN@CSIGROUP.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 40 UNSECURED CREDITORS | CONSTRUCTION PROS INTERNATIONAL | ATTN: AL BEST, MANAGING PARTNER<br>19 CHAPEL STREET<br>NEWARK NJ 07105 | INFO@CONSTRUCTIONPROSNJ.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | COSTA ELECTRICAL CONTRACTORS | ATTN: VICTOR COSTA, PRESIDENT<br>303 S. BROADWAY<br>STE. 126<br>TARRYTOWN NY 10591 | JS@SHEHADICF.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | DELOITTE & TOUCHE LLP | ATTN: ANTHONY VIEL, CHIEF EXECUTIVE OFFICER<br>555 MISSION ST<br>SAN FRANCISCO CA 94105-0920 | AVIEL@DELOITTE.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | DEPARTMENT OF TOXIC SUBSTANCES CONTROL | ATTN: BANKRUPTCY DEPARTMENT<br>1001 I STREET<br>SACRAMENTO CA 95814-2828 | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | DONALD DRYWALL LLC | ATTN: CARLOS RAMIREZ, MANAGER<br>646 CROSS ST, BLDG B<br>UNIT # 26<br>LAKEWOOD NJ 08701 | CONTACT@DONALDDRYWALL.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 1 (CT, MA, ME, NH, RI, VT) | ATTN: BANKRUPTCY DEPARTMENT<br>5 POST OFFICE SQUARE<br>SUITE 100<br>BOSTON MA 02109-3912 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 10 (AK, ID, OR, WA) | ATTN: BANKRUPTCY DEPARTMENT<br>1200 SIXTH AVENUE<br>SUITE 900<br>SEATTLE WA 98101 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 2 (NJ, NY, PR, VI) | ATTN: BANKRUPTCY DEPARTMENT<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 3 (DC, DE, MD, PA, VA, WV) | ATTN: BANKRUPTCY DEPARTMENT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 5 (IL, IN, MI, MN, OH, WI) | ATTN: BANKRUPTCY DEPARTMENT<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3507 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 6 (AR, LA, NM, OK, TX) | ATTN: BANKRUPTCY DEPARTMENT<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 7 (IA, KS, MO, NE) | ATTN: BANKRUPTCY DEPARTMENT<br>11201 RENNER BLVD.<br>LENEXA KS 66219 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 8 (CO, MT, ND, SD, UT, WY) | ATTN: BANKRUPTCY DEPARTMENT<br>1595 WYNKOOP ST.<br>DENVER CO 80202-1129 | R8EISC@EPA.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 9 (AZ, CA, HI, NV) | ATTN: BANKRUPTCY DEPARTMENT<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | R9.INFO@EPA.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 40 UNSECURED CREDITORS | EVEREST REINSURANCE COMPANY | ATTN: JIM WILLIAMSON, CHIEF OPERATING OFFICER<br>141 FRONT STREET<br>P.O BOX HM 845 SEON PLC 4TH FL<br>HAMILTON HM-19 BERMUDA | JIM.WILLIAMSON@EVERESTRE.COM | First Class Mail and Email |
| COUNSEL TO THE KIND PROJECT INVESTORS, LP | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP | ATTN: PAUL J. PASCUZZI<br>500 CAPITOL MALL, SUITE 2250<br>SACRAMENTO CA 95814 | PPASCUZZI@FFWPLAW.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | FM CONSTRUCTION GROUP LLC | ATTN: KEITH CHEBUSKE, ASSISTANT PROJECT MANAGER<br>100 DR. MARTIN LUTHER KING BLVD<br>EAST ORANGE NJ 07017 | SUPPORT@FMHOME.US | First Class Mail and Email |
| COUNSEL TO XSC PHOENIX INVESTMENT AND UEB BUILDERS | FOX ROTHSCHILD LLP | ATTN: BRETT AXELROD<br>ONE SUMMERLIN<br>1980 FESTIVAL PLAZA DR, STE 700<br>LAS VEGAS NV 89135 | BAXELROD@FOXROTHSCHILD.COM | First Class Mail and Email |
| COUNSEL TO XSC PHOENIX INVESTMENT AND UEB BUILDERS | FOX ROTHSCHILD LLP | ATTN: TREY MONSOUR<br>SAINT ANN COURT<br>2501 N HARWOOD ST, STE 1800<br>DALLAS TX 75201 | TMONSOUR@FOXROTHSCHILD.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | GENERAL ELECTRIC COMPANY | ATTN: LARRY CULP, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>4000 BUECHEL BANK RD<br>LOUISVILLE KY 40225 | LARRY.CULP@GE.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | GUAM ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>17-3304 MARINER AVENUE TIYAN<br>BARRIGADA 96913 GUAM | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | HADDAD PLUMBING & HEATING | ATTN: SHALLAN HADDAD, PRESIDENT<br>1223 BROAD STREET<br>P.O. BOX 2280<br>NEWARK NJ 07114 | SHADDAD@HADDADPLUMBING.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | HOME DEPOT CREDIT SERVICES | ATTN: TED DECKER, PRESIDENT AND COO<br>2455 PACES FERRY ROAD NW<br>ATLANTA GA 30339 | TED_DECKER@HOMEDEPOT.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | IAP ENCLOSURE SYSTEMS, LLC | ATTN: VINCE KLEES, PRESIDENT<br>550 WARRENVILLE RD.<br>SUITE 230<br>LISLE IL 60532 | VINCE@IAPENCLOSURES.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | IAT INSURANCE GROUP, INC / INSURANCE FIDELITY INSURANCE COMPANY (IFIC) / HARCO NATIONAL INSURANCE COMPANY | ATTN: DAVE PIRRUNG, CHIEF FINANCIAL OFFICER<br>1077 NORTHWEST FREEWAY, SUITE 700<br>HOUSTON TX 77092-7313 | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | IAT INSURANCE GROUP, INC / INSURANCE FIDELITY INSURANCE COMPANY (IFIC) / HARCO NATIONAL INSURANCE COMPANY | ATTN: DAVE PIRRUNG, CHIEF FINANCIAL OFFICER<br>ONE NEWARK CENTER<br>20TH FLOOR<br>NEWARK NJ 07102 | DPIRRUNG@OFC-WIC.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | INTEGRATED MECHANICAL SOLUTION | ATTN: DAVID DARCHE, MEMBER<br>186 WOOD AVENUE SOUTH<br>1ST FLOOR<br>ISELIN NJ 08830 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O.BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | JACKSON WALKER LLP | ATTN: MATTHEW D. CAVENAUGH, JENNIFER F. WERTZ, AND J. MACHIR STULL<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON TX 77010 | MCAVENAUGH@JW.COM<br>EFREEMAN@JW.COM<br>MSTULL@JW.COM | Email |
| TOP 40 UNSECURED CREDITORS | JERSEY PRECAST | ATTN: AMIR ULISLAM, OWNER AND PRESIDENT<br>853 NOTTINGHAM WAY<br>HAMILTON TOWNSHIP NJ 08638-4447 | JRZPRECAST@AOL.COM<br>MULISLAM@AOL.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | JM3 CONSTRUCTION, LLC | ATTN: JOHN PATULOT, PROJECT MANAGER<br>117 STATE HIGHWAY 35<br>SUITE 1<br>KEYPORT NJ 07735 | | First Class Mail |
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: DAN LATONA, JOSHUA M. ALTMAN, RAVI S. SHANKAR, GABOR BALASSA, CASSANDRA E. FENTON<br>300 NORTH LASSALLE STREET<br>CHICAGO IL 60654 | DAN.LATONA@KIRKLAND.COM<br>JOSH.ALTMAN@KIRKLAND.COM<br>RAVI.SHANKAR@KIRKLAND.COM<br>GABOR.BALASSA@KIRKLAND.COM<br>CASSANDRA.FENTON@KIRKLAND.COM | Email |
| PROPOSED CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP | ATTN: JOSHUA A. SUSSBERG, P.C., CHRISTINE A. OKIKE, P.C., MIRIAM P. MEDRANO, NIR LEVIN<br>601 LEXINGTON AVENUE<br>NEW YORK NY 10022 | JOSHUA.SUSSBERG@KIRKLAND.COM<br>CHRISTINE.OKIKE@KIRKLAND.COM<br>MIRIAM.PEGUEROMEDRANO@KIRKLAND.COM<br>NIR.LEVIN@KIRKLAND.COM | Email |
| TOP 40 UNSECURED CREDITORS | LIBERTY MUTUAL INSURANCE COMPANY | ATTN: DAVID LONG, CHAIRMAN AND CHIEF EXECUTIVE OFFICER<br>175 BERKELEY ST<br>BOSTON MA 02116-5108 | DAVID.LONG@LIBERTYMUTUAL.COM | First Class Mail and Email |
| COUNSEL TO DALLAS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@PUBLICANS.COM | First Class Mail and Email |
| COUNSEL TO MONTGOMERY COUNTY AND HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | First Class Mail and Email |
| COUNSEL TO LIBERTY MUTUAL INSURANCE COMPANY | MANIER & HEROD, P.C. | ATTN: MICHAEL E. COLLINS<br>1201 DEMONBREUN ST., SUITE 900<br>NASHVILLE TN 37219 | MCOLLINS@MANIERHEROD.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | MARICOPA COUNTY AIR QUALITY DEPARTMENT | ATTN: BANKRUPTCY DEPARTMENT<br>301 W. JEFFERSON ST.<br>PHOENIX AZ 85003 | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | MERCHANTS BONDING COMPANY (MUTUAL) | ATTN: BOB ZAK, PRESIDENT & CEO<br>250 MAIN STREET<br>BUFFALO NY 14202 | RZAK@MERCHANTSGROUP.COM | First Class Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | First Class Mail and Email |
| U.S. DEPARTMENT OF LABOR | OCCUPATIONAL SAFETY & HEALTH ADMINISTRATION (OSHA) | ATTN: BANKRUPTCY DEPARTMENT<br>200 CONSTITUTION AVENUE, NW<br>ROOM N3626<br>WASHINGTON DC 20210 | | First Class Mail |
| OFFICE OF THE ATTORNEY GENERAL GUAM | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPARTMENT<br>590 S. MARINE CORPS DR. SUITE 901<br>TAMUNING GU 96913 | | First Class Mail |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN & JANA WHITWORTH<br>515 RUSK AVE.<br>STE. 3516<br>HOUSTON TX 77002 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 40 UNSECURED CREDITORS | OLD REPUBLIC GENERAL INSURANCE GROUP | ATTN: KARL W. MUELLER, SENIOR VICE PRESIDENT AND CFO<br>307 NORTH MICHIGAN AVENUE<br>CHICAGO IL 60601 | KMUELLER@OLDREPUBLIC.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | ONE BEACON SURETY GROUP | ATTN: MICHAEL MILLER, PRESIDENT & CEO<br>605 HIGHWAY 169 NORTH<br>SUITE 800<br>PLYMOUTH MN 55441 | TMILLER@ONEBEACON.COM | First Class Mail and Email |
| COUNSEL TO 2399 MIDWAY LP, BOLOS AND ASSOCIATES, LLC AND MARK ROGERS | ONE LLP | ATTN: LAWRENCE J. HILTON AND ROBERT D. HUNT<br>4000 MACARTHUR BLVD.<br>EAST TOWER, SUITE 500<br>NEWPORT BEACH CA 92660 | LHILTON@ONELLP.COM<br>RHUNT@ONELLP.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | OVERLAND GROUP LLC | ATTN: RON GIARD, PARTNER AND MEMBER<br>26319 SE KENT KANGLEY RD<br>RAVENSDALE WA 98051-9426 | RON@GIA-HO.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | PAXION PARTNERS LP | ATTN: DUNCAN ROBERTSON, PARTNER AND CFO<br>2494 SAND HILL RD<br>MENLO PARK CA 94025-6926 | CONTACT@PAXION.COM | First Class Mail and Email |
| AUTHORIZED AGENT FOR SYNCHRONY BANK | PRA RECEIVABLES MANAGEMENT, LLC | ATTN: VALERIE SMITH<br>P.O. BOX 41021<br>NORFOLK VA 23541 | CLAIMS_RMSC@PRAGROUP.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | PRESTIGE PLUMBING, INC. | ATTN: WILLIAM WREDE, PRESIDENT<br>1040 RT. 10 WEST<br>SUITE 101<br>RANDOLPH NJ 07869 | PRESTIGEPLMBG@AOL.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | PROLOGIS | ATTN: ELVA GUITRON, PROPERTY MANAGER<br>815 INTERNATIONAL PARKWAY<br>TRACY CA 95377 | EGUITRON@PROLOGIS.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | PUERTO RICO DEPARTMENT OF ENVIRONMENTAL & NATURAL RESOURCES | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 366147<br>SAN JUAN PR 936 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | REGIONAL WATER QUALITY CONTROL BOARD – CENTRAL VALLEY REGION | ATTN: BANKRUPTCY DEPARTMENT<br>11020 SUN CENTER DRIVE #200<br>RANCHO CORDOVA CA 95670 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | SAN JOAQUIN COUNTY DEPARTMENT OF HEALTH (CERTIFIED UNIFIED PROGRAM AGENCY) | ATTN: BANKRUPTCY DEPARTMENT<br>1868 EAST HAZELTON AVE.<br>STOCKTON CA 95205 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | SAN JOAQUIN VALLEY AIR POLLUTION CONTROL DISTRICT | ATTN: BANKRUPTCY DEPARTMENT<br>4800 ENTERPRISE WAY<br>MODESTO CA 95356 | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | SANT-TEC ELECTRIC INC. | ATTN: MANNY MONTESINO, PRESIDENT<br>2017 41ST STREET<br>NORTH BERGEN NJ 07047 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 40 UNSECURED CREDITORS | SHEHADI COMM. FLOORING | ATTN: JOHN SHEHADI, PRESIDENT<br>23 DANIEL ROAD<br>FAIRFIELD NJ 07004 | MROMANOFF@ROMANOFFGROUP.CC | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | SPOKANE REGIONAL CLEAN AIR AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1610 S. TECHNOLOGY BLVD.<br>SUITE 101<br>SPOKANE WA 99224 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 111800<br>JUNEAU AK 99811 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY (ADEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>1110 W. WASHINGTON ST.<br>PHOENIX AZ 85007 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ARKANSAS DEPARTMENT OF ENVIRONMENTAL QUALITY (ADEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>5301 NORTHSHORE DRIVE<br>NORTH LITTLE ROCK AR 72118-5317 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | ATTN: BANKRUPTCY DEPARTMENT<br>1001 I STREET<br>P.O. BOX 2815<br>SACRAMENTO CA 95812-2815 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | ATTN: MARTHA RUDOLPH<br>4300 CHERRY CREEK DRIVE SOUTH<br>DENVER CO 80246-1530 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE), AIR POLLUTION CONTROL DIVISION | ATTN: BANKRUPTCY DEPARTMENT<br>4300 CHERRY CREEK DRIVE SOUTH<br>DENVER CO 80246 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>55 ELM ST.<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP) | ATTN: BANKRUPTCY DEPARTMENT<br>79 ELM STREET<br>HARTFORD CT 06106-5127 | DEEP.WEBMASTER@CT.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES AND ENVIRONMENTAL CONTROL (DNREC) | ATTN: BANKRUPTCY DEPARTMENT<br>THE RICHARDSON AND ROBBINS BUILDING<br>89 KINGS HIGHWAY<br>DOVER DE 19901 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP) | ATTN: BANKRUPTCY DEPARTMENT<br>3900 COMMONWEALTH BOULEVARD<br>TALLAHASSEE FL 32399-3000 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF GEORGIA DEPARTMENT OF NATURAL RESOURCES (DNR) | ATTN: BANKRUPTCY DEPARTMENT<br>GEORGIA ENVIRONMENTAL PROTECTION DIVISION, 2 MARTIN LUTHER KING JR. DRIVE<br>SUITE 1152 EAST TOWER<br>ATLANTA GA 30334 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF HAWAII DEPARTMENT OF HEALTH - OFFICE OF ENVIRONMENTAL QUALITY CONTROL | ATTN: BANKRUPTCY DEPARTMENT<br>235 SOUTH BERETANIA STREET<br>SUITE 702<br>HONOLULU HI 96813 | OEQCHAWAII@DOH.HAWAII.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>1410 N. HILTON<br>BOISE ID 83706 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1021 NORTH GRAND AVENUE EAST<br>P.O. BOX 19276<br>SPRINGFIELD IL 62794-9276 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER NORTH<br>100 N. SENATE AVE.<br>INDIANAPOLIS IN 46204 | KBURNS@IDEM.IN.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF IOWA DEPARTMENT OF NATURAL RESOURCES, ENVIRONMENTAL PROTECTION COMMISSION | ATTN: BANKRUPTCY DEPARTMENT<br>WALLACE STATE OFFICE BUILDING<br>502 E. 9TH ST., 4TH FLOOR<br>DE MOINES IA 50319 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE. 2ND FLOOR<br>TOPEKA KS 66612-1597 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT | ATTN: BANKRUPTCY DEPARTMENT<br>CURTIS STATE OFFICE BUILDING<br>1000 SW JACKSON<br>TOPEKA KS 66612 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF KENTUCKY DEPARTMENT FOR ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>300 SOWER BLVD.<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | CONSUMER.MEDIATION@MAINE.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MAINE DEPARTMENT OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>17 STATE HOUSE STATION<br>28 TYSON DRIVE<br>AUGUSTA ME 04333-0017 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MARYLAND DEPARTMENT OF THE ENVIRONMENT (MDE) | ATTN: BANKRUPTCY DEPARTMENT<br>1800 WASHINGTON BLVD<br>BALTIMORE MD 21230 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | AGO@STATE.MA.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>1 WINTER ST.<br>BOSTON MA 02108 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>525 WEST ALLEGAN STREET<br>P.O. BOX 30473<br>LANSING MI 48909-7973 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MINNESOTA POLLUTION CONTROL AGENCY (PCA) | ATTN: BANKRUPTCY DEPARTMENT<br>7678 COLLEGE ROAD<br>SUITE 105<br>BAXTER MN 56425 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSOURI DEPARTMENT OF NATURAL RESOURCES (DNR) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 176<br>JEFFERSON CITY MO 65102 | ENVIROLAB@DNR.MO.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS, THIRD FLOOR<br>P.O. BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>1520 E SIXTH AVENUE<br>P.O. BOX 200901<br>HELENA MT 59620-0901 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF N.C. DEPARTMENT OF ENVIRONMENT AND NATURAL RESOURCES | ATTN: BANKRUPTCY DEPARTMENT<br>1601 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1601 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEBRASKA DEPARTMENT OF ENVIRONMENTAL QUALITY (NDEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>1200 "N" STREET, SUITE 400<br>P.O. BOX 98922<br>LINCOLN NE 68509 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEVADA DIVISION OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>375 E. WARM SPRINGS RD. SUITE 200<br>LAS VEGAS NV 89119 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEVADA DIVISION OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>901 S. STEWART ST. SUITE 4001<br>CARSON CITY NV 89701 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEW HAMPSHIRE DEPARTMENT OF ENVIRONMENTAL SERVICES | ATTN: BANKRUPTCY DEPARTMENT<br>29 HAZEN DRIVE<br>CONCORD NH 03302-0095 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 402<br>TRENTON NJ 08625-0402 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEW MEXICO ENVIRONMENT DEPARTMENT | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 5469<br>SANTA FE NM 87502-5469 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEW YORK DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ATTN: BANKRUPTCY DEPARTMENT<br>625 BROADWAY<br>ALBANY NY 12233 | DPAEWEB@GW.DEC.STATE.NY.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NORTH DAKOTA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>918 E. DIVIDE AVE.<br>BISMARCK ND 58501 | DEQ@ND.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF OHIO ENVIROMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 1049<br>COLUMBUS OH 43216-1049 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>707 N ROBINSON<br>OKLAHOMA CITY OK 73102 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | First Class Mail and Email |

In re: Katerra Inc., *et al.*
Case No. 21-31861 (DRJ)
Page 10 of 13

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF OREGON DEPARMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>700 NE MULTNOMAH STREET<br>SUITE 600<br>PORTLAND OR 97232-1400 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>RACHEL CARSON STATE OFFICE BUILDING<br>400 MARKET STREET<br>HARRISBURG PA 17101 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF RHODE ISLAND DEPARMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>235 PROMENADE STREET<br>PROVIDENCE RI 02908 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL | ATTN: BANKRUPTCY DEPARTMENT<br>2600 BULL STREET<br>COLUMBIA SC 29201 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF SOUTH DAKOTA DEPARTMENT OF ENVIRONMENT AND NATURAL RESOURCES (DENR) | ATTN: BANKRUPTCY DEPARTMENT<br>523 E. CAPITOL<br>PIERRE SD 57501 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF TENNESSEE DEPARTMENT OF ENVIRONMENTAL & CONSERVATION | ATTN: ROBERT J. MARTINEAU, JR.<br>312 ROSA L PARKS AVE<br>TENNESSEE TOWER, 2ND FLOOR<br>NASHVILLE TN 37243 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>BUILDING LETTER<br>P.O. BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 142320<br>SALT LAKE CITY UT 84114-2320 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>195 NORTH 1950 WEST<br>SALT LAKE CITY UT 84116 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.INFO@VERMONT.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF VERMONT DEPARTMENT OF ENVIRONMENTAL CONSERVATION (DEC) | ATTN: BANKRUPTCY DEPARTMENT<br>DAVIS BUILDING-3RD FLOOR<br>ONE NATIONAL LIFE DRIVE<br>MONTPELIER VT 05620-3520 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF VIRGINIA DEPARTMENT ENVIRONMENT QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>629 EAST MAIN STREET<br>P.O. BOX 1105<br>RICHMOND VA 23218 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF WASHINGTON STATE DEPARTMENT OF ECOLOGY (ECOLOGY) | ATTN: BANKRUPTCY DEPARTMENT<br>300 DESMOND DRIVE SE<br>LACEY WA 98503 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P.O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF WISCONSIN DEPT. OF NATURAL RESOURCES | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 7921<br>MADISON WI 53707-7921 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF WV DEPARTMENT OF ENVIROMENTAL PROTECTION | ATTN: MELINDA S. CAMBELL, CHIEF<br>601 57TH STREET, SE<br>CHARLESTON WV 25304 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>122 W 25TH ST<br>HERSCHLER BUILDING<br>CHEYENNE WY 82002 | KEITH.GUILLE@WYO.GOV | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | STILES MACHINERY INC | ATTN: CHRISTIAN VOLLMERS, PRESIDENT<br>3965 44TH ST SE<br>GRAND RAPIDS MI 49512-3941 | CVOLLMERS@STILESMACHINERY.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | SUNTEC CONCRETE, INC. | ATTN: JERRY BARNIER, PRESIDENT<br>23751 N. 23RD AVE<br>SUITE 175<br>PHOENIX AZ 85085 | JERRY@SUNTECCONCRETE.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | TDINDUSTRIES | ATTN: HAROLD MACDOWELL, CHIEF EXECUTIVE OFFICER, DIRECTOR<br>1888 E. BROADWAY RD.<br>TEMPE AZ 85282 | HAROLD.MACDOWELL@TDINDUSTRIES.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 40 UNSECURED CREDITORS | THYSSENKRUPP ELEVATOR CORP. | ATTN: KEVIN BACKUS, SENIOR VICE PRESIDENT, GENERAL COUNSEL, AND CORPORATE SECRETARY<br>3100 INTERSTATE NORTH CIR SE<br>SUITE 500<br>ATLANTA GA 30339 | KEVIN.BACKUS@THYSSENKRUPP.COM | First Class Mail and Email |
| U.S. DEPARTMENT OF LABOR | U.S. DEPARTMENT OF LABOR | ATTN: BANKRUPTCY DEPARTMENT<br>200 CONSTITUTION AVENUE, NW<br>WASHINGTON DC 20210 | | First Class Mail |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION - HEADQUARTERS | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) | ATTN: BANKRUPTCY DEPARTMENT<br>131 M. STREET, NE<br>WASHINGTON DC 20507 | | First Class Mail |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>ONE SHORELINE PLAZA SOUTH TOWER<br>800 N SHORELINE BLVD STE. 500<br>CORPUS CHRISTI TX 78401 | USATXS.ATTY@USDOJ.GOV | First Class Mail and Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>441 4TH STREET NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | First Class Mail and Email |
| COUNSEL TO SB INVESTMENT ADVISERS (UK) LIMITED, SVF ABODE (CAYMAN) LIMITED, SVF II ABODE (CAYMAN) LIMITED, AND SVF HABITAT (CAYMAN) LIMITED | WEIL, GOTSHAL & MANGES LLP | ATTN: ALFREDO R. PEREZ<br>700 LOUISIANA STREET<br>SUITE 1700<br>HOUSTON TX 77002 | ALFREDO.PEREZ@WEIL.COM | First Class Mail and Email |
| THE LENDER UNDER THE DEBTORS' DEBTOR-IN-POSSESSION FACILITY AND COUNSEL THERETO, COUNSEL TO SB INVESTMENT ADVISERS (UK) LIMITED, SVF ABODE (CAYMAN) LIMITED, SVF II ABODE (CAYMAN) LIMITED, AND SVF HABITAT (CAYMAN) LIMITED | WEIL, GOTSHAL & MANGES LLP | ATTN: GARY HOLTZER, JESSICA LIOU, SCOTT BOWLING AND DAVID J. COHEN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153 | GARY.HOLTZER@WEIL.COM<br>JESSICA.LIOU@WEIL.COM<br>DAVIDJ.COHEN@WEIL.COM<br>SCOTT.BOWLING@WEIL.COM | First Class Mail and Email |
| COUNSEL TO BENJAMIN HARRISON URBAN RENEWAL, LLC, HARRISON BUILDING FOUR URBAN RENEWAL, LLC, BSREP II WELLMONT EAST URBAN RENEWAL, LLC, BSREP II WELLMONT WEST URBAN RENEWAL, LLC, BSREP II WELLMONT MIDTOWN GARAGE I, LLC, UNITED STATES FIRE INSURANCE COMPANY, AND MERCHANTS BONDING COMPANY | WEINSTEIN RADCLIFF PIPKIN LLP | ATTN: MIKE F. PIPKIN<br>8350 N. CENTRAL EXPRESSWAY<br>SUITE 1550<br>DALLAS TX 75206 | MPIPKIN@WEINRAD.COM | First Class Mail and Email |
| TOP 40 UNSECURED CREDITORS | WITH PRIDE AC & HEATING, INC | ATTN: MICHAEL DOLAN, OWNER<br>90 VERDI STREET<br>FARMINGDALE NY 11735 | | First Class Mail |
| TOP 40 UNSECURED CREDITORS | ZURICH AMERICAN INSURANCE COMPANY | ATTN: GEORGE QUINN, CHIEF FINANCIAL OFFICER<br>CORPORATE CENTER<br>AUSTRASSE 46<br>ZURICH 8045 SWITZERLAND | GEORGE.QUINN@ZURICH.COM | First Class Mail and Email |

## **Exhibit B**

Exhibit B
Contract Counterparties Service List
Served as set forth below

| MMLID | Name | Address 1 | Address 2 | Address 3 | City | State | ZipCode | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|---|
| 12746943 | 618 PAVONIA LLC | Namdar Group | 98 Cuttermill Road | Suite 284 North | Great Neck | NY | 11021 | | Overnight Mail |
| 12746945 | Aerie Development LLC | Attn President or General Counsel | 6300 E El Dorado Plaza | B150 | Tucson | AZ | 85715 | | Overnight Mail |
| 12746942 | Bright & Varick Urban Renew Co LLC | c o Capricorn Partners LLC | 234 Suydam Avenue | | Jersey City | NJ | 07304- | | Overnight Mail |
| 12746951 | Canal Street Partners LLC | c o Mountain Development Corp | Three Garret Mountain Plaza | Suite 204 | Woodland Park | NJ | 07424- | | Overnight Mail |
| 12746952 | Canal Street Partners LLC | Robinson & Cole LLP | 1055 Washington Blvd | | Stamford | CT | 06901- | | Overnight Mail |
| 12746937 | Catamount Constructors Inc | Attn President or General Counsel | 1527 Cole Blvd | | Lakewood | CO | 80401 | | Overnight Mail |
| 12746954 | Fortune Johnson Inc | Attn Ann Lewis | 8150 Leesburg Pike | Suite 1100 | Vienna | VA | 22182 | | Overnight Mail |
| 12746939 | Garabrant LLC | Attn President or General Counsel | PO Box 4 | | Jersey City | NJ | 07303 | | Overnight Mail |
| 12746944 | Hudson Mews Urban Renewal II LLC | Attn President or General Counsel | 400 Frank W Burr Blvd | Suite 8 | Teaneck | NJ | 07666- | | Overnight Mail |
| 12746936 | JC Urban Development LLC | Attn President or General Counsel | 489 South Riverview Drive | | Totowa | NJ | 07512- | | Overnight Mail |
| 12746940 | JE Dunn Construction Company | Attn President or General Counsel | 29 Hermitage Avenue | | Nashville | TN | 37210 | | Overnight Mail |
| 12746941 | Lafayette Development Fund LLC | Attn President or General Counsel | 234 Suydam Avenue | | Jersey City | NJ | 07304- | | Overnight Mail |
| 12746946 | Paradise Carrollton LP | Attn President or General Counsel | 3101 Bee Caves Road | Suite 220 | Austin | TX | 78746 | | Overnight Mail |
| 12746948 | Paradise Moultrie LP | Attn President or General Counsel | 3101 Bee Caves Road | Suite 220 | Austin | TX | 78746 | | Overnight Mail |
| 12746527 | PARADISE MOULTRIE LP | Attn President or General Counsel | 532 27TH ST SE | | MOULTRIE | GA | 31788 | | Overnight Mail |
| 12746949 | Paradise Savannah LP | Attn President or General Counsel | 3101 Bee Caves Road | Suite 220 | Austin | TX | 78746 | | Overnight Mail |
| 12746523 | PARADISE SAVANNAH LP | Attn President or General Counsel | 4920 LA ROCHE AVE | | SAVANNAH | GA | 31404 | | Overnight Mail |
| 12743778 | PENSKE TRUCK LEASING CO LP | ATTN GEORGE M HINCK | PO BOX 7429 | | PASADENA | CA | 91109-7429 | GEORGE.HINCK@PENSKE.COM | Overnight Mail and Email |
| 12746935 | Penske Truck Leasing Co LP | Attn President or General Counsel | 2675 Morgantown Road | | Reading | PA | 19607 | PENSKEWIRES@PENSKE.COM; GEORGE.HINCK@PENSKE.COM | Overnight Mail and Email |
| 12746934 | Ryder | Attn President or General Counsel | 11690 NW 105th Street | Suite 100 | Miami | FL | 33178 | | Overnight Mail |
| 12746947 | Skyline Apartments LP | Attn President or General Counsel | 3101 Bee Caves Road | Suite 220 | Austin | TX | 78746 | | Overnight Mail |
| 12746938 | Stamford Building I LLC | Attn President or General Counsel | 50 Washington Street | | Hoboken | NJ | 07030- | | Overnight Mail |
| 12746950 | Stiles Machinery Inc | Attn President or General Counsel | 3965 44th Street SE | | Grand Rapids | MI | 49512 | AR@STILESMACHINERY.COM; CVOLLMERS@STILESMACHINERY.COM | Overnight Mail and Email |
| 12746953 | Westwood Bldg Ltd Partnership LL | Attn Ann Lewis | 8150 Leesburg Pike | | Vienna | VA | 22182 | | Overnight Mail |