**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone: (713) 718-4650 x 241**
**Fax: (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| KATERRA INC. | § | 21-31861 (DRJ) |
| | § | (Chapter 11) |
| | § | |
| DEBTORS[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

     COMES NOW Kevin M. Epstein, the United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

| Members | Counsel for Member |
|---|---|
| 1. Liberty Mutual Insurance Company<br>Attn: Gretchen Eck<br>P.O. Box 34526<br>Seattle, WA 98124-1526<br>Tel. 847-396-7101<br>Fax 866-548-7309<br>Email:  gretchen.eck@libertymutual.com | Manier & Herod, P.C.<br>Sam Poteet, Esq.<br>Michael E. Collins, Esq.<br>1201 Demonbreun St., Suite 900<br>Nashville, TN 37203<br>Tel. 615-429-2145<br>Fax 615-242-4203<br>Email:  spoteet@manierherod.com<br>         mcollins@manierherod.com |
| 2. Haddad Plumbing & Heating, Inc.<br>Attn:  Joann Haddad<br>1223 Broad Street<br>Newark, NJ 07114<br>Tel. 973-424-1177<br>Fax 973-424-1002<br>Email:  jhaddad@haddadplumbing.com | Brach Eichler LLC<br>Carl J. Soranno, Esq.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068<br>Tel. 973-403-3127<br>Fax 973-618-5527<br>Email:  csoranno@brachheichler.com |
| 3. Thyssenkrupp Elevator Corporation<br>Attn: Dan Falvo<br>3100 Interstate North Circle SE, Suite 500<br>Atlanta, GA 30339<br>Tel. 770-268-1371<br>Email: daniel.falvo@tkelevator.com | |
| 4. Autumn Lake Recreation Association, Inc.<br>c/o Sandcastle Community Management<br>Attn:  Michael T. Bannigan<br>9150 Galleria Court, Suite 201<br>Naples, FL 34109<br>Email:  mtb1945@gmail.com | Jones Walker<br>Joseph Bain, Esq.<br>811 Main Street, Suite 2900<br>Houston, TX 77002<br>Tel. 713-437-1870<br>Fax 713-437-1917<br>Email:  jbain@joneswalker.com |

| | |
|---|---|
| 5. American Architectural Window & Door Inc.<br>Attn: John Zoetjes<br>156 Woodport Road<br>Sparta, NJ  07871<br>Tel. 800-495-8175<br>Fax 973-726-4921<br>Email: john@americanarchitectural.com | Riker Danzig Scherer Hyland Perretti LLP<br>Joseph Schwartz, Esq.<br>One Speedwell Avenue<br>Morristown, NJ  07962<br>Tel. 973-451-8506<br>Fax 973-451-8727<br>Email: jschwartz@riker.com |
| 6. Ro2 Knipe Village LLC<br>Attn: Jonathon Vento<br>214 East Roosevelt St.<br>Phoenix, AZ  85004<br>Tel. 312-835-4444<br>Email: jv@tmenorthstudio.com | DLA Piper LLC<br>Attn: Ben Winger, Esq.<br>444 W. Lake St., Suite 900<br>Chicago, IL  60606-0089<br>Tel. 312-368-2172<br>Email: benjamin.winger@us.dlapiper.com |
| 7. Jonathan Sanchez<br>Attn: Justin Paul Rodriguez, Esq.<br>Shimoda Law Corp.<br>9401 E. Stockton Blvd., Suite 120<br>Elk Grove, CA  95624<br>Tel. 916-430-3304<br>Email: jksanchez14@icloud.com | Shimoda Law Corp.<br>Justin Paul Rodriguez, Esq.<br>9401 E. Stockton Blvd., Suite 120<br>Elk Grove, CA  95624<br>Tel. 916-525-0716<br>Fax 916-760-3733<br>Email: jrodriguez@shimodalaw.com |

Dated: June 22, 2021                                Respectfully Submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By:        /s/ *Hector Duran*
           Hector Duran
           Trial Attorney
           Texas Bar No. 00783996
           515 Rusk, Suite 3516
           Houston, TX 77002
           Telephone: (713) 718-4650 x 241
           Mobile: (202) 527-4538
           Fax: (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 22nd day of June, 2021.

/s/ *Hector Duran*
Hector Duran, Trial Attorney