UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>KATERRA INC., *et al.*,[1]<br><br>　　　　　　　Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 21-31861 (DRJ) <br> ) <br> ) (Jointly Administered) <br> ) |

**NOTICE OF AGENDA FOR HEARING
ON MATTERS SCHEDULED FOR OCTOBER 4, 2021, AT 3:00 P.M.
(PREVAILING CENTRAL TIME), BEFORE JUDGE DAVID R. JONES AT THE
UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF
TEXAS, AT COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.     GREENSILL LIFT STAY MOTION.**

1. **SEALED *Greensill Lift Stay Motion*.** Motion of Greensill Limited (in Liquidation) Acting by its Joint Liquidators for Relief from Automatic Stay [Docket No. 1024].

2. **REDACTED *Greensill Lift Stay Motion*.** Motion of Greensill Limited (in Liquidation) Acting by its Joint Liquidators for Relief from Automatic Stay [Docket No. 1037].

Responses Received:

A. *Debtors*: **REDACTED** Debtors Response to Greensill Limited's Motion for Relief from Automatic Stay [Docket No. 1142].

B. *Debtors*: **SEALED** Debtors Response to Greensill Limited's Motion for Relief from Automatic Stay [Docket No. 1144].

C. *Official Committee of Unsecured Creditors ("Committee")*: Objection of Official Committee of Unsecured Creditors to Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Relief from Automatic Stay [Docket No. 1145].

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/katerra.  The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

KE 80434661

D. *Greensill's Reply*: **SEALED** Reply in Support of Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Relief from Automatic Stay [Docket No. 1185].

E. *Greensill's Reply*: **REDACTED** Reply in Support of Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Relief from Automatic Stay [Docket No. 1186].

Related Documents:

A. Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Entry of an Order Authorizing Greensill Limited (in Liquidation) to File Confidential Documents Under Seal [Docket No. 1023].

   A. Order Authorizing Greensill Limited (in Liquidation) Acting by its Joint Liquidators to File Confidential Documents Under Seal [Docket No. 1200].

B. Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File Under Seal Their Response to Greensill Limited's Motion for Relief from the Automatic Stay and Redact Certain Confidential Information [Docket No. 1143].

   B. Order Authorizing the Debtors to File Under seal Their Response to Greensill Limited's Motion for Relief from Automatic Stay and Redact Certain Confidential Information [Docket No. 1202].

C. Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Entry of an Order Authorizing Greensill Limited (in Liquidation) to File Confidential Documents Under Seal [Docket No. 1184].

   C. Order Authorizing Greensill Limited (in Liquidation) Acting by its Joint Liquidators to File Confidential Documents Under Seal [Docket No. 1205].

**Status:** This matter is going forward.

## II. WITNESS-EXHIBIT LISTS.

1. Debtors' Witness and Exhibit List for Hearing Scheduled on October 4, 2021 at 3:00 p.m. (Prevailing Central Time) [Docket No. 1166]**.**

2. The Official Committee of Unsecured Creditors' Witness and Exhibit List for the Hearing on the Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Relief from the Automatic Stay [Docket No. 1024] on October 4, 2021 at 3:00 P.M. (Prevailing Central Time) [Docket No. 1162].

3. **SEALED** Greensill Limited (in Liquidation) Acting by Its Joint Liquidators' *Amended* Witness and Exhibit List for Hearing on Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Relief from the Automatic Stay Scheduled on October 4, 2021 at 3:00 P.M. (Prevailing Central Time) [Docket No. 1189]

   A. Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Entry of an Order Authorizing Greensill Limited (in Liquidation) to File Confidential Documents Under Seal [Docket No. 1188].

      D. Order Authorizing Greensill Limited (in Liquidation) Acting by Its Joint Liquidators to File Confidential Documents Under Seal [Docket No. 1206].

   B. **SEALED** Greensill Limited (in Liquidation) Acting by its Joint Liquidators' Witness and Exhibit List for Hearing on Motion of Greensill Limited (in Liquidation) Acting by its Joint Liquidators for Relief From the Automatic Stay Scheduled on October 4, 2021 at 3:00 P.M. (Prevailing Central Time) [Docket No. 1169].

      E. Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Entry of an Order Authorizing Greensill Limited (in Liquidation) to File Confidential Documents Under Seal [Docket No. 1168].

      F. Order Authorizing Greensill Limited (in Liquidation) Acting by its Joint Liquidators to File Confidential Documents Under Seal [Docket No. 1204].

4. **REDACTED** Greensill Limited (in Liquidation) Acting by Its Joint Liquidators' *Amended* Witness and Exhibit List for Hearing on Motion of Greensill Limited (in Liquidation) Acting by Its Joint Liquidators for Relief from the Automatic Stay Scheduled on October 4, 2021 at 3:00 P.M. (Prevailing Central Time) [Docket No. 1190].

   A. **REDACTED** Greensill Limited (in Liquidation) Acting by its Joint Liquidators' Witness and Exhibit List for Hearing on Motion of Greensill Limited (In Liquidation) Acting by its Joint Liquidators for Relief From the Automatic Stay Scheduled on October 4, 2021 at 3:00 P.M. (Prevailing Central Time) [Docket No. 1170].

Houston, Texas
October 4, 2021

| | |
|---|---|
| */s/ Matthew D. Cavenaugh* | |
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | Christine A. Okike, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | christine.okike@kirkland.com |
| mstull@jw.com | |
| | -and- |
| *Co-Counsel to the Debtors* | Joshua M. Altman (admitted *pro hac vice*) |
| *and Debtors in Possession* | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: josh.altman@kirkland.com |
| | *Co-Counsel to the Debtors* |
| | *and Debtors in Possession* |

## Certificate of Service

I certify that on October 4, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh