Electronic Appearance Sheet

Joshua Altman, Kirkland & Ellis LLP
Client(s): Debtors

Cassandra Fenton, Kirkland & Ellis LLP
Client(s): Debtors

Joanna Caytas , Quinn Emanuel Urquhart & Sullivan, LLP
Client(s): Fortune-Johnson LLC

Jacob Johnson, Alston & Bird LLP
Client(s): BMC Corporate Services, LLC

Trey Monsour, Fox Rothschild LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer F. Wertz, Jackson Walker LLP
Client(s): Debtors

Matthew D. Cavenaugh, Jackson Walker LLP
Client(s): Debtors

Duane Brescia, Clark Hill
Client(s): Capitol Indemnity Corp.

Michael Sweet, Fox Rothschild
Client(s): Unsecured Creditors' Committee

Gawayne Beckford, Pro Se, None, Pro Se
Client(s): Lime Tree Refinery - Buying interest

Duane Brescia, Clark Hill
Client(s): Capitol Indemnity Corporation

Ryan Wooten, Orrick, Herrington & Sutcliffe
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Evan Hollander, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Raniero D'Aversa, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Raniero D'Aversa, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Electronic Appearance Sheet

Ryan Wooten, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Richard Jacobsen, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Nicholas Poli, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Daniel Rubens, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Daniel Rubens, Orrick, Herrington & Sutcliffe LLP
Client(s): Greensill Limited (in liquidation) acting by its joint liquidators, Andrew Charters and Sarah O'Toole of Grant Thornton UK LLP of 30 Finsbury Square, London, UK EC2A 1AG

Joshua Sussberg, Kirkland & Ellis
Client(s): Debtors

Christine Okike, Kirkland & Ellis
Client(s): Debtors

Gabor Balassa, Kirkland & Ellis
Client(s): Debtors

Ravi Shankar, Kirkland & Ellis
Client(s): Debtors

Cassandra Fenton, Kirkland & Ellis
Client(s): Debtors

Jennifer F. Wertz, Jackson Walker
Client(s): Debtors

Michael Sweet, Fox Rothschild
Client(s): Official Committee of Unsecured Creditors

Jessica Liou, Weil, Gotshal & Manges LLP
Client(s): Counsel for Softbank

Trey Monsour, Fox Rothschild, LLP
Client(s): Official Committee of Unsecured Creditors

Electronic Appearance Sheet

Jack Praetzellis, Fox Rothschild LLP
Client(s): Official Committee of Unsecured Creditors

Raniero Daversa, Orrick Herrington
Client(s): Liquidators of Greensill Ltd.

Martin Martos II, Fox Rothschild LLP
Client(s): Official Committee of Unsecured Creditors

Pamela Corrie, Katerra
Client(s): Katerra, Independent Director

Jamie Tilling, Charles Russell Speechlys LLP
Client(s): English Solicitors for the Joint Liquidators of Greensill Limited - in Liquidation

Robert Berezin, Weil, Gotshal & Manges LLP
Client(s): SB Investment Advisors as manager of SVF II Abode (Cayman) Ltd.

Robert Miller, Manier & Herod, P.C.
Client(s): Liberty Mutual Insurance Company