United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 22, 2021
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| KATERRA INC., *et al.*,[1] | ) Case No. 21-31861 (DRJ) |
| Debtors. | ) (Jointly Administered) |

**ORDER GRANTING THE FIRST INTERIM FEE APPLICATION OF
KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP,
ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE
FEE PERIOD FROM JUNE 6, 2021 THROUGH AND INCLUDING AUGUST 31, 2021**
(Docket No. 1401)

The Court has considered the First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Fee Period from June 6, 2021 through and including August 31, 2021 filed by Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $8,920,859.76 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Signed: November 22, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.