United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| KATERRA INC., *et al.*,[1] | ) Case No. 21-31861 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 1523** |

### ORDER GRANTING JACKSON WALKER LLP'S SECOND INTERIM AND FINAL FEE APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 6, 2021 THROUGH OCTOBER 21, 2021

CAME ON FOR CONSIDERATION, the *Second Interim and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period June 6, 2021 Through October 21, 2021* (the "Application")[2] filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED that JW is hereby allowed interim compensation for attorneys' fees in the amount of $179,473.00 and reimbursement of interim expenses in the amount of $737.80 incurred from September 1, 2021 through October 21, 2021; it is further

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

31613295v.2 159512/00001

ORDERED that JW is allowed final compensation of attorneys' fees in the amount of $863,530.50[3] and final reimbursement of expenses in the amount of $3,934.72 for the period June 6, 2021 Through October 21, 2021; it is further

ORDERED, that the Debtors are authorized to pay to JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $863,530.50 |
| Total Expenses Requested: | $3,934.72 |
| Voluntary Reduction in Fees: | $4,877.49 |
| **Total Requested in this Application:** | **$862,587.73** |
| Amount Paid for Monthly Fee Statements: | $550,442.92 |
| **Total Fees and Expenses Due:** | **$312,144.81** |

**Signed:  January 28, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[3] In the Application, Jackson Walker sought allowance of fees in the amount of $863,530.50. Jackson Walker now requests allowance of fees in the amount of $858,653.01, which reflects a voluntary reduction of $4,877.49 pursuant to an informal objection received from the U.S. Trustee's office.