UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

In re: KATERRA INC., et al.

Debtor(s)

Case No. 21-31861

Lead Case No. 21-31861

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2022

Petition Date: 06/06/2021

Plan Confirmed Date: 10/21/2021

Plan Effective Date: 10/29/2021

This Post-confirmation Report relates to: ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: Plan Administrator

Name of Authorized Party or Entity

/s/ Daniel R. Williams
Signature of Responsible Party

01/11/2023
Date

Daniel R. Williams, Plan Administrator
Printed Name of Responsible Party

3101 N Central Ave, Ste 670, Phoenix, AZ 85012
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name KATERRA INC., et al.                                     Case No. 21-31861

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $13,158,915 | $54,900,442 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $13,158,915 | $54,900,442 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $45,310,177 | $0 | $45,310,169 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Prime Clerk LLC | Other | $0 | $1,699,305 | $0 | $1,699,305 |
| ii | Kirkland & Ellis LLP | Lead Counsel | $0 | $12,920,192 | $0 | $12,920,192 |
| iii | Jackson Walker LLP | Co-Counsel | $0 | $862,588 | $0 | $862,588 |
| iv | Alvarez & Marsal North Ameri | Financial Professional | $0 | $12,947,996 | $0 | $12,947,996 |
| v | Houlihan Lokey Capital Inc. | Financial Professional | $0 | $12,762,583 | $0 | $12,762,583 |
| vi | Fox Rothschild LLP | Other | $0 | $2,318,125 | $0 | $2,318,117 |
| vii | FTI Consulting Inc. | Financial Professional | $0 | $1,799,388 | $0 | $1,799,388 |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name KATERRA INC., et al.                                                                 Case No. 21-31861

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| xxx |  |  |  |  |  |
| xxxi |  |  |  |  |  |
| xxxii |  |  |  |  |  |
| xxxiii |  |  |  |  |  |
| xxxiv |  |  |  |  |  |
| xxxv |  |  |  |  |  |
| xxxvi |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxvii |  |  |  |  |  |
| xxxix |  |  |  |  |  |
| xl |  |  |  |  |  |
| xli |  |  |  |  |  |
| xlii |  |  |  |  |  |
| xliii |  |  |  |  |  |
| xliv |  |  |  |  |  |
| xlv |  |  |  |  |  |
| xlvi |  |  |  |  |  |
| xlvii |  |  |  |  |  |
| xlviii |  |  |  |  |  |
| xlix |  |  |  |  |  |
| l |  |  |  |  |  |
| li |  |  |  |  |  |
| lii |  |  |  |  |  |
| liii |  |  |  |  |  |
| liv |  |  |  |  |  |
| lv |  |  |  |  |  |
| lvi |  |  |  |  |  |
| lvii |  |  |  |  |  |
| lviii |  |  |  |  |  |
| lix |  |  |  |  |  |
| lx |  |  |  |  |  |
| lxi |  |  |  |  |  |
| lxii |  |  |  |  |  |
| lxiii |  |  |  |  |  |
| lxiv |  |  |  |  |  |
| lxv |  |  |  |  |  |
| lxvi |  |  |  |  |  |
| lxvii |  |  |  |  |  |
| lxviii |  |  |  |  |  |
| lxix |  |  |  |  |  |
| lxx |  |  |  |  |  |
| lxxi |  |  |  |  |  |

Debtor's Name KATERRA INC., et al.                                    Case No. 21-31861

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $554,339 | $0 | $554,339 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | BDO USA LLP | Financial Professional | $0 | $99,000 | $0 | $99,000 |
| | ii | KPMG LLP | Financial Professional | $0 | $455,339 | $0 | $455,339 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)                        4

Debtor's Name KATERRA INC., et al.                                                                                          Case No. 21-31861

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name KATERRA INC., et al.                                                                Case No. 21-31861

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name KATERRA INC., et al.                                                                 Case No. 21-31861

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $45,864,515 | $0 | $45,864,507 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $1,104,427 | $0 | 0% |
| b. Secured claims | $0 | $0 | $31,090 | $0 | 0% |
| c. Priority claims | $0 | $7,880,118 | $8,558,770 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                 Yes ◯   No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

Debtor's Name KATERRA INC., et al.   Case No. 21-31861

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Daniel R. Williams                           Daniel R. Williams
Signature of Responsible Party              Printed Name of Responsible Party

Plan Administrator                               01/11/2023
Title                                                    Date

Debtor's Name KATERRA INC., et al.                                                Case No. 21-31861


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                   9

Debtor's Name KATERRA INC., et al.                                                                 Case No.  21-31861



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

**Katerra Inc., et al.**
**Calculation of Q4 2022 Fees Due to the US Trustee**

**FEE SCHEDULE FOR CALENDAR QUARTERS BEGINNING APRIL 1, 2021 THROUGH DECEMBER 31, 2025**

The Bankruptcy Administration Improvement Act of 2020, Pub. L. No. 116-325, enacted on January 12, 2021, temporarily amended the calculation of chapter 11 quarterly fees for calendar quarters beginning April 1, 2021 through December 31, 2025. Under this amendment, the quarterly fee payable for a calendar quarter shall be the greater of: (1) 0.4% of disbursements or $250 for each quarter in which disbursements total less than $1,000,000, and (2) 0.8% of disbursements but not more than $250,000 for each quarter in which disbursements total at least $1,000,000. The following table displays the disbursement ranges and quarterly fees under the amended quarterly fee schedule for calendar quarters beginning April 1, 2021 through December 31, 2025.

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0 to $62,624 | $250 |
| $62,625 to $999,999 | 0.4% of quarterly disbursements |
| $1,000,000 to $31,249,937 | 0.8% of quarterly disbursements |
| $31,249,938 or more | $250,000 |

Source: https://www.justice.gov/ust/chapter11quarterlyfees

| Case No. | Account No. | Debtor Entity | FEIN | Total Disbursements | Fee Rate | Fee |
|---|---|---|---|---|---|---|
| 21-31861 | 4142131861 | Katerra Inc. | 47-2918559 | $ 13,038,161 | 0.80% | $ 104,305 |
| 21-31860 | 4142131860 | CAPGro Construction Management, LLC | 80-0188132 | - | Flat | 250 |
| 21-31862 | 4142131862 | Katerra Inc. (Cayman) | 98-1222720 | 107,937 | 0.40% | 432 |
| 21-31863 | 4142131863 | AlgoSquare Inc. | 47-4395183 | - | Flat | 250 |
| 21-31864 | 4142131864 | Katerra Architecture LLC | 38-4008567 | - | Flat | 250 |
| 21-31865 | 4142131865 | Edge @ LoHi, LLC | 61-1895529 | - | Flat | 250 |
| 21-31866 | 4142131866 | Katerra Construction LLC | 30-0926077 | 5,096 | Flat | 250 |
| 21-31867 | 4142131867 | Hillsboro 1 Project LLC | 84-4061467 | - | Flat | 250 |
| 21-31868 | 4142131868 | Katerra Engineering LLC | 38-4052151 | - | Flat | 250 |
| 21-31869 | 4142131869 | Katerra Pearson Ranch Investment LLC | 84-3687491 | 123 | Flat | 250 |
| 21-31870 | 4142131870 | Lord, Aeck & Sargent, Inc. | 58-1532906 | 110 | Flat | 250 |
| 21-31871 | 4142131871 | Katerra Pegasus RiNo Investment LLC | 84-3577468 | - | Flat | 250 |
| 21-31872 | 4142131872 | Hillsboro 1 Project MM LLC | 84-4999446 | - | Flat | 250 |
| 21-31873 | 4142131873 | Katerra XSC Houston Investment LLC | 84-3562760 | - | Flat | 250 |
| 21-31874 | 4142131874 | Katerra RO2 Knipe Village Investment LLC | 84-4267103 | 120 | Flat | 250 |
| 21-31875 | 4142131875 | Apollo Technologies, Inc. | 85-1939922 | - | Flat | 250 |
| 21-31876 | 4142131876 | Hillsboro 2 Project LLC | 84-4073733 | - | Flat | 250 |
| 21-31877 | 4142131877 | Kirkland 1 Project LLC | 84-4035291 | - | Flat | 250 |
| 21-31878 | 4142131878 | Kirkland 1 Project MM LLC | 84-4966714 | - | Flat | 250 |
| 21-31879 | 4142131879 | Hillsboro 2 Project MM LLC | 84-5017601 | - | Flat | 250 |
| 21-31880 | 4142131880 | Bristlecone 28th Ave, LLC | 38-4091457 | - | Flat | 250 |
| 21-31881 | 4142131881 | Perimeter Building Services LLC | 47-2305935 | - | Flat | 250 |
| 21-31882 | 4142131882 | Kirkland 2 Project LLC | 84-4046634 | - | Flat | 250 |
| 21-31883 | 4142131883 | Bristlecone Residential, LLC | 81-4126491 | - | Flat | 250 |
| 21-31884 | 4142131884 | Katerra Affordable Housing, LLC | 85-2962761 | - | Flat | 250 |
| 21-31885 | 4142131885 | Construction Assurance Ltd. | Exempt-Cayman | - | Flat | 250 |
| 21-31886 | 4142131886 | Roots Software, LLC | 81-1644839 | - | Flat | 250 |
| 21-31887 | 4142131887 | Kirkland 2 Project MM LLC | 84-4982871 | - | Flat | 250 |
| 21-31888 | 4142131888 | Dangoo Electronics (USA) Co. Ltd. | 47-4221455 | 7,249 | Flat | 250 |
| 21-31889 | 4142131889 | Skyview Concrete LLC | 82-5076363 | - | Flat | 250 |
| 21-31890 | 4142131890 | UEB Builders, Inc. | 20-3509434 | 120 | Flat | 250 |
| 21-31891 | 4142131891 | Valpico Glenbriar Apartments LLC | 84-2251878 | - | Flat | 250 |
| 21-31892 | 4142131892 | WM Aviation, LLC | 80-0913736 | - | Flat | 250 |
| **Total** | | | | **$ 13,158,915** | | **$ 112,487** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Case Name: | KATERRA INC., et al. |
| Lead Case Number: | 21-31861 |
| Petition Date: | June 6, 2021 |

***GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND***
***DISCLAIMERS REGARDING THE DEBTORS' POST-CONFIRMATION REPORT***

On June 6, 2021, Katerra Inc. and its affiliates (collectively, the "Debtors") each filed a voluntary petition under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"), thereby commencing these chapter 11 cases (collectively, the "Chapter 11 Cases"). On June 7, 2021, the Bankruptcy Court entered an order authorizing the joint administration of these cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

On October 21, 2021, the Court signed the *Order (I) Approving the Disclosure Statement and (II) Confirming the Amended Joint Chapter 11 Plan of Katerra Inc. and its Debtor Subsidiaries*, which appointed Daniel R. Williams of J.S. Held LLC as the Plan Administrator effective October 29, 2021 (the "Effective Date").

1. **General Methodology.** The Plan Administrator is filing the Debtors' combined Post-Confirmation Report ("PCR") in compliance with the quarterly post-confirmation reporting requirements applicable in the Debtors' chapter 11 cases. The financial information contained herein is unaudited, limited in scope, and not prepared in accordance with accounting principles generally accepted in the United States of America ("GAAP"). There can be no assurance that such information is complete, and the PCR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the PCR.

2. **Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. This financial information should be evaluated in light of the purposes for which it was prepared.

3. **Reservation of Rights**. The Plan Administrator reserves all rights to amend or supplement the PCR as may be necessary or appropriate but shall be under no obligation to do so. Nothing contained in this PCR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

4. **Transactions**. The Plan Administrator relied on financial data derived from the Debtors' books and records that was available at the time of preparation and made reasonable efforts to supplement the information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the PCR. Notwithstanding any such discovery, the Plan Administrator does not undertake any obligation or commitment to update this PCR. As of the report date, the accompanying financial information is subject to change.

5. **Cash Disbursements by Debtor Entity.** The Plan Administrator hereby submits a single consolidated PCR for all Debtors. In the interest of full disclosure, the Plan Administrator has

attached a summary of the disbursements made by each Debtor. Of the thirty-three Debtor entities, only eight Debtors made disbursements during the quarter reported herein.

6. **Recoveries of the Holders of Claims and Interests under Confirmed Plan.** At this time, the Plan Administrator is unable to estimate the total anticipated payments to be made under the Plan or the total claims that will ultimately be allowed. Such estimates would be premature and subject to significant change. Therefore, for the purposes of this PCR, the Plan Administrator has entered zeros in the "Total Anticipated Payments Under Plan" and "Allowed Claims" columns of Part 3 of the PCR form.

7. **Anticipated Date of Final Decree.** The Plan Administrator is currently unable to anticipate when the application for Final Decree will be filed. Therefore, for the purposes of this PCR, the Plan Administrator has left this field blank in Part 4 of the PCR form.