IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>KATERRA INC., *et al.*, [1]<br><br>Debtors. | § <br> § Chapter 11 <br> § <br> § Case No. 21-31861 (CML) <br> § <br> § |

**JACKSON WALKER LLP'S WITNESS AND EXHIBIT LIST**
**FOR HEARING SCHEDULED ON MAY 13, 2024**
**[Relates To Dkt. Nos. 2101, 2104, 2108, 2113 & 2114]**

| | |
|---|---|
| **Main Case No**: 21-31861 (CML) | **Name of Debtors:** Katerra, Inc., *et al.,* |
| **Witnesses:** | |
| 1. All persons listed on the witness list of any party; and | **Judge:** Christopher M. Lopez |
| 2. Any rebuttal and/or impeachment witnesses. | **Courtroom Deputy:** Zilde Martinez |
| | **Hearing Date**: May 13, 2024 |
| | **Hearing Time**: 10:00 a.m. |
| | **Party's Name:** Jackson Walker LLP |
| | **Attorneys' Names**:   Jason L. Boland<br>                William R. Greendyke<br>                Maria Mokrzycka |
| | **Attorneys' Phone:** (713) 651-5151 |
| | **Nature of Proceeding:** Hearing on *Order Requiring any Party-In-Interest Who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection with Jackson Walker LLP Fee Matters* [Dkt. No. 2101] and responses and objections thereto [Dkt. Nos. 2104, 2108, 2113 & 2114]. |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

- 1 -

## EXHIBITS[2]

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Disclosure Statement for the Amended Joint Chapter 11 Plan of Katerra Inc. and Its Debtor Subsidiaries [Dkt. No. 909] | | | | |
| 2. | Amended Joint Chapter 11 Plan of Katerra, Inc. and Its Debtor Subsidiaries [Dkt. 1338] | | | | |
| 3. | Order (I) Approving the Disclosure Statement and (II) Confirming the Amended Joint Chapter 11 Plan of Katerra Inc. and Its Debtor Subsidiaries [Dkt. No. 1372] | | | | |
| 4. | Notice of Occurrence of the Effective Date of the Amended Joint Chapter 11 Plan of Katerra Inc. and Its Debtor Subsidiaries [Dkt. No. 1422] | | | | |
| 5. | Order Requiring Any Party-In-Interest Who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing In Connection With Jackson Walker LLP Fee Matters [Dkt. No. 2101] | | | | |
| 6. | Service via CM/ECF of Order Requiring Any Party-In-Interest Who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection With Jackson Walker LLP Fee Matters [Dkt. No. 2103] | | | | |

---

[2] All references herein to any particular Dkt. No. include all exhibits or attachments thereto.

| | | | | | |
|---|---|---|---|---|---|
| 7. | Plan Administrator's Notice of Standing in Connection with Jackson Walker LLP Fee Matters [Dkt. No. 2104] | | | | |
| 8. | Eisenhower LLC's Notice of Indispensable Party [Dkt. No. 2108] | | | | |
| 9. | United States Trustee's Brief in Response to the Court's Order Seeking Determination on "Indispensable" Parties to the U.S. Trustee's Amended Rule 60(B)(6) Motion [Dkt. No. 2113] | | | | |
| 10. | Jackson Walker LLP's Brief Regarding Indispensable Parties and Parties With Standing Related to the Jackson Walker Fee Disputes [Dkt. No. 2114] | | | | |
| 11. | Certificate of Service regarding Order Requiring any Party-In-Interest who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection with Jackson Walker LLP Fee Matters [Dkt. No. 2115] | | | | |
| 12. | Certificate of Service Regarding Jackson Walker LLP's Brief Regarding Indispensable Parties and Parties With Standing Related to the Jackson Walker Fee Disputes [Dkt. No. 2116] | | | | |
| 13. | First Amended Scheduling Order entered in *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*; Case No. 23-00645 [Dkt. No. 76] | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 14. | First Amended Combined Disclosure Statement and Joint Plan of Liquidation of 4E Brands Northamerica LLC Pursuant to Chapter 11 of the Bankruptcy Code filed in *In re 4E Brands Northamerica, LLC* (MI), Case No. 22-50009, (Bankr. S.D. Tex.) [Dkt. No. 343] | | | | |
| 15. | Transcript from a hearing in *In re 4E Brands Northamerica, LLC* (MI), Case No. 22-50009, (Bankr. S.D. Tex. Feb. 15, 2024) [Dkt. No. 642] | | | | |
| 16. | Transcript from a hearing in *In re 4E Brands Northamerica, LLC* (MI), Case No. 22-50009, Bankr. S.D. Tex. Apr. 29, 2024) [Dkt. No. 682] | | | | |
| 17. | Any document or pleading filed in the above-captioned case, including any exhibits and attachments thereto | | | | |
| 18. | Any exhibit designated by any other party | | | | |
| 19. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Jackson Walker LLP ("JW") reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. JW also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: May 9, 2024                              Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Email: jason.boland@nortonrosefulbright.com
Email: william.greendyke@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

Jason I. Blanchard (SBT 24130197)
2200 Ross Ave., Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8274
Email: jason.blanchard@nortonrosefulbright.com

James A. Copeland (*pro hac vice* to be filed)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5471
Email: james.copeland@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

                              */s/ Jason L. Boland*
                              Jason L. Boland