United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 17, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>KATERRA INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 21-31861 (CML)<br><br>(Jointly Administered) |
| KATERRA INC., *et al.*, by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors,<br><br>Plaintiff,<br><br>v.<br><br>Deloitte & Touche LLP<br><br>Defendant. | Adv. No. 22-03344 |

**STIPULATION AND ORDER DISMISSING ADVERSARY PROCEEDING**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and the terms and conditions of the Settlement Agreement dated October 21, 2025, plaintiff Katerra Inc., by and through Daniel R. Williams, as Plan Administrator on behalf of Katerra Inc. and related debtors and defendant Deloitte & Touche LLP, hereby stipulate to the voluntary dismissal of the above-captioned adversary proceeding with prejudice and with fees and costs to be borne by the party incurring same.

Signed: November 17, 2025

Christopher Lopez
United States Bankruptcy Judge

**APPROVED AS TO FORM AND CONTENT:**

Date: November 12, 2025

| | |
|---|---|
| */s/ Trey A. Monsour*<br>Trey A. Monsour, Esq.<br>(Tex. Bar No. 14277200)<br>Fox Rothschild LLP<br>Saint Ann Court<br>2501 North Harwood Street, Suite 1800<br>Dallas, TX 75201<br>Telephone: (214) 231-5796<br>Facsimile: (972) 404-0516<br>Mobile: (713) 927-7469<br>Email: tmonsour@foxrothschild.com<br><br>-and-<br><br>Sidney S. Liebesman (admitted *pro hac vice*)<br>Fox Rothschild LLP<br>1201 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 622-4237<br>Email: sliebesman@foxrothschild.com<br><br>***Counsel to the Plan Administrator*** | */s/ John F. Higgins*<br>John F. Higgins, Esq.<br>(Tex. Bar No. 09597500)<br>Porter Hedges LLP<br>1000 Main Steet, 36th Floor<br>Houston, TX 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>Email: jhiggins@porterhedges.com<br><br>-and-<br><br>Jamie L. Wine (admitted *pro hac vice*)<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-2904<br>Email: jamie.wine@lw.com<br><br>-and-<br><br>Melissa Arbus Sherry (admitted *pro hac vice*)<br>Latham & Watkins LLP<br>555 Eleventh Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br>Email: melissa.sherry@lw.com<br><br>***Counsel to Deloitte & Touche LLP*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2025, a true and correct copy of the above and foregoing was caused to be served through this Court's CM/ECF noticing system to all parties registered to receive notices in this case.

*/s/ Trey A. Monsour*
Trey A. Monsour